UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| South Carolina Electric & Gas Company | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:06-cv-02627-CWH |
| | ) | |
| v. | ) | **PLAINTIFF'S IDENTIFICATION OF** |
| | ) | **EXPERT WITNESSES AND** |
| UGI Utilities, Inc. | ) | **CERTIFICATION REGARDING** |
| Defendant. | ) | **EXPERTS' WRITTEN REPORTS** |
| | ) | |

Plaintiff hereby identifies the following individuals whom Plaintiff expects to call as expert witnesses at trial:

**I.      Retained Experts**

1.  Neil S. Shifrin, Ph.D.
    Gradient Corporation
    20 University Road
    Cambridge, MA 02138
    (617) 395-5000

2.  Thomas M. Blake, CPA, ASA
    CRA International
    John Hancock Tower
    200 Clarendon Street, T-33
    Boston, MA 02116-5092
    (617) 425-3000

3.  Jonathan R. Macey, J.D.
    Yale Law School
    P.O. Box 208215
    New Haven, CT 06520
    (203) 432-7913

Plaintiff hereby certifies that written reports prepared and signed by the above identified expert witnesses, including all of the information required by Fed.R.Civ.P. 26(a)(2)(B), have been served on counsel for Defendant by United States Mail.

- 2 -

**II.     Non-Retained Witnesses**

Plaintiff hereby identifies the following non-retained witnesses whom Plaintiff may call to offer expert opinion testimony at trial:

1. Thomas Effinger, PE
   SCANA Services, Inc.
   Manager, Corporate Environmental Services
   Mail Code P-05
   Columbia, SC 29218

2. Andrew R. Contrael
   Senior Project Manager
   Management and Technical Resources, Inc.
   1600 Commerce Drive
   Trafford, PA 15085

3. Ishwar P. Murarka, Ph.D.
   Executive Scientist and President
   Ish Inc.
   804 Salem Woods Drive
   Suite 201 B
   Raleigh, NC 27615-3313

4. David Mauro
   President, Senior Scientist
   META Environmental, Inc.
   49 Clarendon Street
   Watertown, MA 02472

Dated this 30th day of November 2007.

        Respectfully submitted,

        South Carolina Electric & Gas Company

        By Its Attorneys,

By:    s/Elizabeth B. Partlow, Federal ID # 2992
       Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
       1320 Main Street, Suite 600
       Columbia, SC  29201
       Telephone:  (803) 252-1300
       beth.partlow@ogletreedeakins.com

       Bruce W. Felmly
       Barry Needleman
       Cathryn E. Vaughn
       McLane, Graf, Raulerson & Middleton,
         Professional Association
       900 Elm Street, P.O. Box 326
       Manchester, NH  03105
       Telephone:  (603) 625-6464
       bruce.felmly@mclane.com

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing Identification of Expert Witnesses and Certification Regarding Experts' Written Reports is being sent via United States mail and electronic mail to UGI's counsel of record:

>R. Scott Wallinger, Jr., Esq.
>Federal ID No. 5868
>Clawson & Staubes, LLC
>126 Seven Farms Dr., Suite 200
>Charleston, SC  29492-8144
>swallinger@clawsonandstaubes.com
>
>Jay N. Varon, Esq.
>Foley & Lardner LLP
>3000 K Street, N.W., Suite 500
>Washington, DC  20007
>jvaron@foley.com

Dated: November 30, 2007       s/Elizabeth B. Partlow, Federal ID # 2992
                               Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
                               1320 Main Street, Suite 600
                               Columbia, SC  29201
                               Telephone:  (803) 252-1300
                               beth.partlow@ogletreedeakins.com

- 4 -