UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

RECEIVED CLERK'S OFFICE
2008 JAN 14 A 8: 04
DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON, SC

| | |
|---|---|
| South Carolina Electric & Gas Company ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:06-cv-02627-CWH |
| ) | |
| v. ) | ORDER ENLARGING DEADLINES |
| ) | IN SCHEDULING ORDER |
| UGI Utilities, Inc. ) | |
| Defendant. ) | |
| ) | |

This matter is before the Court upon joint motion of the parties, seeking enlargement of the deadlines set forth in the August 24, 2007, Order Modifying Scheduling Order. The Court finds good cause for granting the Motion, and

Therefore, it is ORDERED, ADJUDGED AND DECREED that the deadlines set forth in the August 24, 2007, Order Modifying Scheduling Order are enlarged as follows:

- By March 3, 2008 – Defendant must comply with FRCP 26(a)(2);
- May 15, 2008 – Close of discovery;
- June 1, 2008 – Dispositive motions due;
- July 1, 2008 – Responses to dispositive motions due;
- July 22, 2008 – Replies due; and
- September 15, 2008 – Trial ready date.

IT IS SO ORDERED.

_____
Honorable C. Weston Houck
United States District Judge

Charleston, South Carolina
January 14, 2008