# Exhibit 15

Neil Shifrin Expert Report is being hand-delivered to the Court contemporaneously with the filing