# Exhibit 16

Neil Shifrin Supplemental Report is being hand-delivered to the Court contemporaneously with the filing