UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| South Carolina Electric & Gas Company, )<br>)<br>Plaintiff/Counterclaim-Defendant, )<br>)<br>v. )<br>)<br>UGI Utilities, Inc., )<br>)<br>Defendant/Counterclaim-Plaintiff. )<br>) | Civil Action No. 2:06-cv-02627-CWH<br><br>**PLAINTIFF'S SUPPLEMENTAL EXPERT DISCLOSURE** |

NOW COMES the Plaintiff, South Carolina Electric & Gas Company ("SCE&G"), by and through its attorneys, and hereby provides the following supplemental disclosure pursuant to Fed. R. Civ. P 26(a)(2)(D) and 26 (e)(2).

Plaintiff previously designated Neil Shifrin, Thomas Blake and Jonathan Macey as Expert Witnesses. Those witnesses have provided reports and been deposed. Plaintiff now supplements its reports and testimony by incorporating into this case the pre-filed testimony that each witness submitted in the case, *Yankee Gas Services Company and The Connecticut Light and Power Company v. UGI Utilities, Inc.*, Case Number 3:06-CV-01369 (MRK), currently pending in the United States District Court for the District of Connecticut. That testimony, although mostly specific to sites in Connecticut, also contains information and opinions bearing on general issues of UGI control which have relevance here. For example, that testimony contains references to detailed form inspection reports that are directly linked to UGI through the UGI Engineering and Operating Notes.

Respectfully submitted,

South Carolina Electric & Gas Company

By Its Attorneys,

Date: December 31, 2008

/s/ Elizabeth B. Partlow
Federal ID # 2992
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1320 Main Street, Suite 600
Columbia, South Carolina 29201
Telephone:   (803) 252-1300
beth.partlow@ogletreedeakins.com

Bruce W. Felmly
Barry Needleman
Cathryn E. Vaughn
McLane, Graf, Raulerson & Middleton,
Professional Association
900 Elm Street, P.O. Box 326
Manchester, New Hampshire 03105
Telephone (603) 625-6464
bruce.felmly@mclane.com