17009 CITY OF CHARLESTON, S.C.
00000 GENERAL
23 MAY 1994

Invoice Number    281163
Page    2

| | |
|---|---|
| TOTAL AMOUNT OF THIS INVOICE | $22,490.24 |
| PRIOR BALANCE DUE | $58,616.59 |
| TOTAL BALANCE DUE UPON RECEIPT | $81,106.83 |

58616.59
25503.42
33113.17

Inv

LG010165
CONFIDENTIAL

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

SCANA018034

# ARENT FOX KINTNER PLOTKIN & KAHN

1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

CITY OF CHARLESTON
P.O. BOX 304
CHARLESTON, SC  29402

ATTN: ADELAIDE MYRICK, ESQ.

| | |
|---|---|
| Invoice Number | 278380 |
| Invoice Date | 04/21/94 |
| Client Number | 17009 |
| Matter Number | 00001 |

---

Re: POTENTIAL COST RECOVERY IN CONNECTION WITH AQUARIUM AND
    RELATED PROJECTS.

FOR PROFESSIONAL SERVICES RENDERED: THROUGH 31 MAR 1994

ATTORNEY TIME SUMMARY:

| Attorney | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| ML FLEISCHAKER | 5.5 | at | $310 | = | 1,705.00 |
| RG EDWARDS | 20.4 | at | $165 | = | 3,366.00 |
| CS KING | 9.2 | at | $265 | = | 2,438.00 |

CURRENT FEES                                           7,509.00

FOR DISBURSEMENTS AND CHARGES:

DUPLICATING SUMMARY                 37.40
MEALS                              110.00

CURRENT DISBURSEMENTS AND CHARGES                       147.40

TOTAL AMOUNT OF THIS INVOICE          $7,656.40

PRIOR BALANCE DUE                     $1,998.00

*Approved for Payment · 5/3/94*

*[signature] Adelaide R. Myrick*

*Re: Aquarium Account*

LG010166
CONFIDENTIAL

**SCANA018035**

17009 CITY OF CHARLESTON                           Invoice Number    278380
00001 COST RECOVERY                                Page    2
21 APR 1994

TOTAL BALANCE DUE UPON RECEIPT              $9,654.40

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

LG010167
CONFIDENTIAL

SCANA018036

# ARENT FOX KINTNER PLOTKIN & KAHN

1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000 Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

P

CITY OF CHARLESTON, S.C.
P.O. BOX 304
CHARLESTON, SC  29402

ATTN: ADELAIDE MYRICK, ESQ.

| | |
|---|---|
| Invoice Number | 278379 |
| Invoice Date | 04/21/94 |
| Client Number | 17009 |
| Matter Number | 00000 |

------------------------------------------------------------------------

Re: MARITIME CENTER $436.00, AQUARIUM $21,417.00

FOR PROFESSIONAL SERVICES RENDERED: THROUGH 31 MAR 1994

ATTORNEY TIME SUMMARY:

| Attorney | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| ML FLEISCHAKER | 20.5 | at | $310 | = | 6,355.00 |
| LA BEDIG | 55.7 | at | $195 | = | 10,861.50 |
| RG EDWARDS | 28.1 | at | $165 | = | 4,636.50 |

CURRENT FEES

21,853.00

FOR DISBURSEMENTS AND CHARGES:

| | |
|---|---|
| POSTAGE | 0.52 |
| LONG DISTANCE TELEPHONE | 145.25 |
| DUPLICATING SUMMARY | 334.40 |
| OVERTIME MEALS & CAB | 5.50 |
| DOCUMENT DESIGN SERVICES | 25.00 |
| OVERTIME EXPENSE 2X (SEC'Y) | 240.00 |
| FREIGHT/OVERNIGHT DELIVERY | 10.75 |
| OUT-OF-TOWN TRAVEL | 2,690.00 |
| PRINTING/BINDING | 1.00 |
| TELECOPIER | 198.00 |

CURRENT DISBURSEMENTS AND CHARGES

3,650.42

SCA : 3577.41
DP : 73.01
3650.42

LG010168
CONFIDENTIAL

SCANA018037

17009 CITY OF CHARLESTON, S.C.
00000 GENERAL
21 APR 1994

Invoice Number    278379
Page    2

|  |  |
|---|---|
| TOTAL AMOUNT OF THIS INVOICE | $25,503.42 |
| PRIOR BALANCE DUE | $64,626.32 |
| TOTAL BALANCE DUE UPON RECEIPT | $90,129.74 |

Aquenia MS        24 994.41
         DP              50 9. 01
                      _____
                      25503 42

LG010169
CONFIDENTIAL

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

SCANA018038

# ARENT FOX KINTNER PLOTKIN & KAHN

1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000 Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

CITY OF CHARLESTON, S.C.
P.O. BOX 304
CHARLESTON, SC  29402

ATTN: ADELAIDE MYRICK, ESQ.

| | |
|---|---|
| Invoice Number | 277677 |
| Invoice Date | 03/23/94 |
| Client Number | 17009 |
| Matter Number | 00000 |

---

Re: MARITIME CENTER $2,339.00  AQUARIUM $26,365.50

FOR PROFESSIONAL SERVICES RENDERED: THROUGH 28 FEB 1994

ATTORNEY TIME SUMMARY:

| Attorney | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| ML FLEISCHAKER | 41.3 | at | $310 | = | 12,803.00 |
| LA BEDIG | 52.1 | at | $195 | = | 10,159.50 |
| RG EDWARDS | 34.8 | at | $165 | = | 5,742.00 |

CURRENT FEES                                                28,704.50

FOR DISBURSEMENTS AND CHARGES:

| | |
|---|---|
| POSTAGE | 5.15 |
| LEXIS/WESTLAW | 419.64 |
| LONG DISTANCE TELEPHONE | 156.54 |
| DUPLICATING SUMMARY | 112.00 |
| OVERTIME MEALS & CAB | 5.00 |
| DOCUMENT DESIGN SERVICES | 43.75 |
| AUTO, PARKING & TAXI | 268.35 |
| FREIGHT/OVERNIGHT DELIVERY | 25.50 |
| MEALS | 124.89 |
| OUT-OF-TOWN TRAVEL | 1,015.00 |
| TELECOPIER | 127.50 |
| OTHER | 7.00 |

LG010170
CONFIDENTIAL

3/30/94 - Approved for Payment - *[signature]* T. Mur
from Aquarium account.     Deputy Corporation Counsel

SCANA018039

```
17009 CITY OF CHARLESTON, S.C.                    Invoice Number    277677
00000 GENERAL                                     Page    2
23 MAR 1994
```

```
        LODGING                                        446.15
        OUT-OF-TOWN MEALS                               52.18

            CURRENT DISBURSEMENTS AND CHARGES        ------------
                                                       2,808.65

                TOTAL AMOUNT OF THIS INVOICE          $31,513.15

                PRIOR BALANCE DUE                     $60,640.56


            TOTAL BALANCE DUE UPON RECEIPT           ------------
                                                      $92,153.71
                                                     ============
```

```
                                                    LG010171
                                                    CONFIDENTIAL
```

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

SCANA018040

# ARENT FOX KINTNER PLOTKIN & KAHN

1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000 Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

CITY OF CHARLESTON
P.O. BOX 304
CHARLESTON, SC  29402

ATTN: ADELAIDE MYRICK, ESQ.

| | |
|---|---|
| Invoice Number | 277678 |
| Invoice Date | 03/23/94 |
| Client Number | 17009 |
| Matter Number | 00001 |

--------------------------------------------------------------------

Re: POTENTIAL COST RECOVERY IN CONNECTION WITH AQUARIUM AND
    RELATED PROJECTS.

FOR PROFESSIONAL SERVICES RENDERED: THROUGH 28 FEB 1994

ATTORNEY TIME SUMMARY:

| Attorney | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| ML FLEISCHAKER | 5.1 | at | $310 | = | 1,581.00 |
| RG EDWARDS | 0.6 | at | $165 | = | 99.00 |
| CS KING | 1.2 | at | $265 | = | 318.00 |

CURRENT FEES                                          1,998.00

TOTAL AMOUNT OF THIS INVOICE                        $1,998.00

PRIOR BALANCE DUE                                    $374.00

TOTAL BALANCE DUE UPON RECEIPT                      $2,372.00

*/33/94- Approved for Payment - Adelaide P. Myrick
for Aquarium Account.    Deputy Corporation Counsel*

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

LG010172
CONFIDENTIAL

# ARENT FOX KINTNER PLOTKIN & KAHN

1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

CITY OF CHARLESTON, S.C.
P.O. BOX 304
CHARLESTON, SC  29402

ATTN: ADELAIDE MYRICK, ESQ.

| | |
|---|---|
| Invoice Number | 275067 |
| Invoice Date | 02/28/94 |
| Client Number | 17009 |
| Matter Number | 00000 |

------------------------------------------------------------------------------

Re: MARITIME CENTER $11,807.00, AQUARIUM $13,576.00

FOR PROFESSIONAL SERVICES RENDERED: THROUGH 31 JAN 1994

ATTORNEY TIME SUMMARY:

| Attorney | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| ML FLEISCHAKER | 34.3 | at | $310 | = | 10,633.00 |
| LA BEDIG | 5.9 | at | $195 | = | 1,150.50 |
| MJ KELLEHER | 2.3 | at | $80 | = | 184.00 |
| RG EDWARDS | 80.7 | at | $165 | = | 13,315.50 |
| M SHAW | 0.8 | at | $125 | = | 100.00 |

CURRENT FEES                                              25,383.00

FOR DISBURSEMENTS AND CHARGES:

| | |
|---|---|
| LONG DISTANCE TELEPHONE | 198.20 |
| DUPLICATING SUMMARY | 70.80 |
| CAR RENTAL | 103.83 |
| AUTO, PARKING & TAXI | 65.65 |
| FREIGHT/OVERNIGHT DELIVERY | 35.25 |
| MEALS | 47.62 |
| OUT-OF-TOWN TRAVEL | 1,257.00 |
| TELECOPIER | 102.00 |

PAID

LG010173
CONFIDENTIAL

SCANA018042

17009 CITY OF CHARLESTON, S.C.
00000 GENERAL
28 FEB 1994

Invoice Number    275067
Page    2

LODGING                              207.42
OUT-OF-TOWN MEALS                     56.62
                                    ------------
CURRENT DISBURSEMENTS AND CHARGES      2,144.39

TOTAL AMOUNT OF THIS INVOICE         $27,527.39

PRIOR BALANCE DUE                    $46,724.82

                                    ------------
TOTAL BALANCE DUE UPON RECEIPT       $74,252.21
                                    ============

*AquInf* MS    14648.20
        DP     12879.19
              ------------
               27527.39

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

LG010174
CONFIDENTIAL

SCANA018043

# ARENT FOX KINTNER PLOTKIN & KAHN

1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000 Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

```
CITY OF CHARLESTON                    Invoice Number   275068
P.O. BOX 304.                         Invoice Date   02/28/94
CHARLESTON, SC  29402                 Client Number    17009
                                      Matter Number    00001
ATTN: ADELAIDE MYRICK, ESQ.
```

------------------------------------------------------------------------

Re: POTENTIAL COST RECOVERY IN CONNECTION WITH AQUARIUM AND
    RELATED PROJECTS.

FOR PROFESSIONAL SERVICES RENDERED: THROUGH 31 JAN 1994

ATTORNEY TIME SUMMARY:

| Attorney | Hours | | Rate | | Value |
|----------|-------|---|------|---|-------|
| ML FLEISCHAKER | 1.1 | at | $310 | = | 341.00 |
| RG EDWARDS | 0.2 | at | $165 | = | 33.00 |

```
                CURRENT FEES                              374.00

                TOTAL BALANCE DUE UPON RECEIPT          $374.00
                                                      ============
```

LG010175
CONFIDENTIAL

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

SCANA018044

# ARENT FOX KINTNER PLOTKIN & KAHN
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-6339
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

JAMES W. ETHEREDGE
DIRECTOR OF ADMINISTRATIVE SERVICES
CITY OF CHARLESTON
P.O. BOX 304
CHARLESTON, SC  29402

Invoice Number    272032
Invoice Date   01/20/94
Client Number    17009
Matter Number    00000

---

Re: MARITIME CENTER $1,369.50, AQUARIUM $11,059.00

FOR PROFESSIONAL SERVICES RENDERED: THROUGH 31 DEC 1993

ATTORNEY TIME SUMMARY:

| Attorney | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| ML FLEISCHAKER | 8.9 | at | $305 | = | 2,714.50 |
| LA BEDIG | 7.2 | at | $185 | = | 1,332.00 |
| RG EDWARDS | 50.8 | at | $165 | = | 8,382.00 |

CURRENT FEES                                        12,428.50

FOR DISBURSEMENTS AND CHARGES:

| | |
|---|---|
| LONG DISTANCE TELEPHONE | 130.79 |
| DUPLICATING SUMMARY | 52.40 |
| DOCUMENT DESIGN SERVICES | 12.50 |
| AUTO, PARKING & TAXI | 85.83 |
| FREIGHT/OVERNIGHT DELIVERY | 49.75 |
| OUT-OF-TOWN TRAVEL | 717.00 |
| TELECOPIER | 126.00 |
| OUT-OF-TOWN MEALS | 8.88 |

CURRENT DISBURSEMENTS AND CHARGES           1,183.15

LGO10176
CONFIDENTIAL

SCANA018045

17009 JAMES W. ETHEREDGE
00000 GENERAL
20 JAN 1994

Invoice Number    272032
Page    2

TOTAL AMOUNT OF THIS INVOICE          $13,611.65

PRIOR BALANCE DUE                     $33,113.17

                                      - - - - - - - - - - - -
TOTAL BALANCE DUE UPON RECEIPT        $46,724.82
                                      ==============

*[handwritten notes]*

Agumy
DP

11650.58
1961.07
─────────
1361165.

LG010177
CONFIDENTIAL

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

SCANA018046

P

. OX KINTNER PLOTKIN & KAHN
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

14/34

CITY OF CHARLESTON, S.C.
C/O REGAN AND CANTWELL
P. O. BOX 1001
18 BROADSTREET, SUITE 610
CHARLESTON, SC 19402

ATTN:  WILLIAM B. REGAN, ESQ.

Invoice Number    270605
Invoice Date    12/21/93
Client Number    17009
Matter Number    00000

Re: MARITIME CENTER $7,135.00  PUMP STATION $627.00  AQUARIUM
$16,191.50

FOR PROFESSIONAL SERVICES RENDERED: THROUGH 30 NOV 1993

ATTORNEY TIME SUMMARY:

| Attorney | Hours | | Rate | | Value |
|----------|-------|---|------|---|-------|
| ML FLEISCHAKER | 12.0 | at | $305 | = | 3,660.00 |
| LA BEDIG | 38.7 | at | $185 | = | 7,159.50 |
| RG EDWARDS | 79.6 | at | $165 | = | 13,134.00 |

CURRENT FEES

23,953.50

FOR DISBURSEMENTS AND CHARGES:

|  |  |
|--|--|
| POSTAGE | 1.04 |
| LONG DISTANCE TELEPHONE | 177.91 |
| DUPLICATING SUMMARY | 188.40 |
| OVERTIME MEALS & CAB | 53.00 |
| OVERTIME EXPENSE (SECRETARY) | 330.00 |
| WORD PROCESSING-SUPPORT | 218.75 |
| AUTO, PARKING & TAXI | 37.10 |
| FREIGHT/OVERNIGHT DELIVERY | 132.50 |
| MEALS | 10.23 |
| OUT-OF-TOWN TRAVEL | 631.00 |
| TELECOPIER | 139.50 |



LG010178
CONFIDENTIAL

SCANA018047

CITY OF CHARLESTON, S.C.
00000 GENERAL
21 DEC 1993

Invoice Number    270605
Page    2

|  |  |
|---|---|
| LODGING | 171.72 |
| OUT-OF-TOWN MEALS | 10.24 |

CURRENT DISBURSEMENTS AND CHARGES                2,101.39

TOTAL AMOUNT OF THIS INVOICE                $26,054.89

PRIOR BALANCE DUE                $72,499.49

TOTAL BALANCE DUE UPON RECEIPT                $98,554.38

Aquern  NS        16891.97
        DF        1327.46
        DP        1835.46
                  26054.89

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

LG010179
CONFIDENTIAL

SCANA018048

P.7

OCT 04 '94  08:09AM RHODES/DAHL  408 647 8517

## ARENT FOX KINTNER PLOTKIN & KAHN

1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

RECEIVED

SEP 16 1994

..ODES/DAHL

CITY OF CHARLESTON, S.C.
C/O REGAN AND CANTWELL
P. O. BOX.1001
18 BROADSTREET, SUITE 610
CHARLESTON, SC 19402

ATTN:  WILLIAM B. REGAN, ESQ.

| | |
|---|---|
| Invoice Number | 267679 |
| Invoice Date | 11/19/93 |
| Client Number | 17009 |
| Matter Number | 00000 |

*Nam doesnt have this invoice 9/20/9*

--------------------------------------------------------------------

Re: MARITIME $5,725.50; AQUARIUM, $23,765.00

FOR PROFESSIONAL SERVICES RENDERED: THROUGH 31 OCT 1993

### ATTORNEY TIME SUMMARY:

| Attorney | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| ML FLEISCHAKER | 18.9 | at | $305 | = | 5,764.50 |
| LA BEDIG | 51.1 | at | $185 | = | 9,453.50 |
| SKG EDWARDS | 66.5 | at | $165 | = | 10,972.50 |
| CS KING | 15.0 | at | $220 | = | 3,300.00 |

CURRENT FEES

29,490.50

FOR DISBURSEMENTS AND CHARGES:

| | |
|---|---|
| POSTAGE | 7.30 |
| LONG DISTANCE TELEPHONE | 230.07 |
| DUPLICATING SUMMARY | 175.00 |
| OVERTIME MEALS & CAB | 5.00 |
| AUTO, PARKING & TAXI | 30.00 |
| FREIGHT/OVERNIGHT DELIVERY | 19.25 |
| OUT-OF-TOWN TRAVEL | 2,831.50 |
| PRINTING/BINDING | 1.50 |
| TELECOPIER | 319.50 |
| OUT-OF-TOWN MEALS | 3.55 |

LG010180
CONFIDENTIAL

SCANA018049

OCT 04 '94  08:09AM RHODES/DAHL 408 647 8517

17009 CITY OF CHARLESTON, S.C.              Invoice Number   267679
00000 GENERAL                               Page   2
19 NOV 1993

```
                  CURRENT DISBURSEMENTS AND CHARGES            ------------
                                                                3,622.67

                    TOTAL AMOUNT OF THIS INVOICE              $33,113.17

                    PRIOR BALANCE DUE                         $39,386.32


                    TOTAL BALANCE DUE UPON RECEIPT            ------------
                                                             $72,499.49
                                                             ============
```

LG010181
CONFIDENTIAL

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

SCANA018050

# ARENT FOX KINTNER PLOTKIN & KAHN

1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000 Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

```
CITY OF CHARLESTON, S.C.                Invoice Number    264622
C/O REGAN AND CANTWELL                  Invoice Date    10/27/93
P. O. BOX 1001                          Client Number    17009
18 BROADSTREET, SUITE 610               Matter Number    00000
CHARLESTON, SC  19402

ATTN:  WILLIAM B. REGAN, ESQ.
```

---

Re: MARITIME $11,310.50; INSURANCE $2,278.50; PUMP STATION
$550.50; AQUARIUM, $22,379.00

FOR PROFESSIONAL SERVICES RENDERED: THROUGH 30 SEP 1993

ATTORNEY TIME SUMMARY:

| Attorney | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| ML FLEISCHAKER | 33.0 | at | $305 | = | 10,065.00 |
| LE BLATNIK | 0.2 | at | $195 | = | 39.00 |
| LA BEDIG | 10.9 | at | $185 | = | 2,016.50 |
| RG EDWARDS | 147.2 | at | $165 | = | 24,288.00 |
| CS KING | 0.5 | at | $220 | = | 110.00 |

CURRENT FEES                                            36,518.50

FOR DISBURSEMENTS AND CHARGES:

```
            POSTAGE                             3.34
            LONG DISTANCE TELEPHONE           147.91
            DUPLICATING SUMMARY               316.00
            AUTO, PARKING & TAXI              104.00
            FREIGHT/OVERNIGHT DELIVERY         18.75
            MEALS                             122.48
            OUT-OF-TOWN TRAVEL              1,731.50
```

LG010182
CONFIDENTIAL

SCANA018051

17009 CITY OF CHARLESTON, S.C.
00000 GENERAL
27 OCT 1993

Invoice Number    264622
Page    2

| | |
|---|---:|
| PRINTING/BINDING | 2.00 |
| TELECOPIER | 265.50 |
| OTHER | 1.00 |
| LODGING | 110.16 |
| OUT-OF-TOWN MEALS | 45.18 |

CURRENT DISBURSEMENTS AND CHARGES     2,867.82

TOTAL BALANCE DUE UPON RECEIPT     $39,386.32

Aquarium   MS    23095.94
        GF    2995.46
        DP    12022.46
        DF    1262.46
             39386.32

LG010183
CONFIDENTIAL

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

SCANA018052

KENT FOX KENNER PLOTKIN & KAHN

1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000 Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

CITY OF CHARLESTON, S.C.                    Invoice Number    263099
C/O REGAN AND CANTWELL                       Invoice Date    09/27/93
P. O. BOX 1001                               Client Number      17009
18 BROADSTREET, SUITE 610                    Matter Number      00000
CHARLESTON, SC  19402

ATTN:  WILLIAM B. REGAN, ESQ.


--------------------------------------------------------------------

Re: MARITIME $8,374.50; INSURANCE $5,482.50; PUMP STATION
     $841.50; AQUARIUM, AND RELATED MATTERS $18,762.00

FOR PROFESSIONAL SERVICES RENDERED: THROUGH 31 AUG 1993


ATTORNEY TIME SUMMARY:

| Attorney | Hours | | Rate | | Value |
|----------|-------|---|------|---|-------|
| ML FLEISCHAKER | 44.1 | at | $305 | = | 13,450.50 |
| LL BEDIG | 23.7 | at | $185 | = | 4,384.50 |
| RG EDWARDS | 94.7 | at | $165 | = | 15,625.50 |

CURRENT FEES                                    33,460.50


FOR DISBURSEMENTS AND CHARGES:

| | |
|---|---|
| POSTAGE | 0.29 |
| LONG DISTANCE TELEPHONE | 267.11 |
| DUPLICATING SUMMARY | 142.20 |
| OVERTIME MEALS & CAB | 5.50 |
| OVERTIME EXPENSE (SECRETARY) | 82.50 |
| MICROFICHE DUPLICATION | 13.50 |
| AUTO, PARKING & TAXI | 141.80 |
| FREIGHT/OVERNIGHT DELIVERY | 10.75 |
| OUT-OF-TOWN TRAVEL | 698.00 |
| TELECOPIER | 649.50 |
| LODGING | 460.37 |

LG010184
CONFIDENTIAL

SCANA018053

17009 CITY OF CHARLESTON, S.C.
00000 GENERAL
27 SEP 1993

Invoice Number    263099
Page    2

OUT-OF-TOWN MEALS                              33.89
                                                    ------------
CURRENT DISBURSEMENTS AND CHARGES                   2,505.41

TOTAL AMOUNT OF THIS INVOICE                    $35,965.91

PRIOR BALANCE DUE                               $19,231.93

                                                    ------------
TOTAL BALANCE DUE UPON RECEIPT                  $55,197.84
                                                    ============

Agreem  MS       33871.71
        DF       2094.20
                 ----------
                 35 965. 91

PAID

LG010185
CONFIDENTIAL

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

SCANA018054

## FOX KINTNER PLOTKIN & KAHN

1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000 Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

CITY OF CHARLESTON, S.C.
C/O REGAN AND CANTWELL
P. O. BOX 1001
18 BROADSTREET, SUITE 610
CHARLESTON, SC  19402

| | |
|---|---|
| Invoice Number | 257962 |
| Invoice Date | 07/27/93 |
| Client Number | 17009 |
| Matter Number | 00000 |

ATTN:  WILLIAM B. REGAN, ESQ.

--------------------------------------------------------------------------------

Re: AQUARIUM PROJECT ($32,598.00); PUMP STATION ($2,610.00)

FOR PROFESSIONAL SERVICES RENDERED: THROUGH 30 JUN 1993

ATTORNEY TIME SUMMARY:

| Attorney | Hours | | Rate |
|---|---|---|---|
| ML FLEISCHAKER | 57.9 | at | $305 |
| LE BLATNIK | 0.2 | at | $195 |
| LL BEDIG | 29.1 | at | $185 |
| RG EDWARDS | 77.9 | at | $150 |
| AS SHIFFLETT | 6.3 | at | $70 |

CURRENT FEES                                     35,208.00

FOR DISBURSEMENTS AND CHARGES:

| | |
|---|---|
| POSTAGE | 6.67 |
| LEXIS/WESTLAW | 1,030.07 |
| LONG DISTANCE TELEPHONE | 103.16 |
| MESSENGER | 32.50 |
| DUPLICATING SUMMARY | 142.20 |
| OVERTIME MEALS & CAB | 11.00 |
| OVERTIME EXPENSE (SECRETARY) | 195.00 |
| DATA BASE SEARCH | 9.32 |
| AUTO, PARKING & TAXI | 216.10 |
| FREIGHT/OVERNIGHT DELIVERY | 17.50 |

LG010186
CONFIDENTIAL



17009 CITY OF CHARLESTON, S.C.       Invoice Number    257962
00000 GENERAL                    Page    2
27 JUL 1993

| | |
|---|---|
| MEALS | 9.00 |
| TELECOPIER | 345.00 |
| OTHER | 2.00 |
| LODGING | 231.12 |
| OUT-OF-TOWN MEALS | 25.71 |

CURRENT DISBURSEMENTS AND CHARGES      2,376.35

TOTAL AMOUNT OF THIS INVOICE     $37,584.35

PRIOR BALANCE DUE     $31,538.23

TOTAL BALANCE DUE UPON RECEIPT     $69,122.58

*Aqnerim MS   33786.18*
*DF   3798.17*
*37584.35*

LG010187
CONFIDENTIAL



All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

SCANA018056

# ARENT FOX KINTNER PLOTKIN & KAHN

1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000 Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

```
CITY OF CHARLESTON, S.C.                 Invoice Number    256838
C/O REGAN AND CANTWELL                   Invoice Date   06/25/93
P. O. BOX 1001                           Client Number     17009
18 BROADSTREET, SUITE 610                Matter Number     00000
CHARLESTON, SC  19402

ATTN:  WILLIAM B. REGAN, ESQ.
```

--------------------------------------------------------------------

Re: AQUARIUM PROJECT ($20,000.00); PUMP STATION ($10,000.00);
    DENTYN SITE ($3,333.50)

FOR PROFESSIONAL SERVICES RENDERED: THROUGH 31 MAY 1993

ATTORNEY TIME SUMMARY:

| Attorney | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| ML FLEISCHAKER | 37.6 | at | $305 | = | 11,468.00 |
| LIBRARY | 1.3 | at | $80 | = | 104.00 |
| LL BEDIG | 52.9 | at | $185 | = | 9,786.50 |
| RG EDWARDS | 79.3 | at | $150 | = | 11,895.00 |
| AS SHIFFLETT | 0.8 | at | $70 | = | 56.00 |
| M SHAW | 0.2 | at | $120 | = | 24.00 |

```
        ADJUSTMENT TO FEES                         -2,333.50
                                                 ------------
        CURRENT FEES                              31,000.00
```

FOR DISBURSEMENTS AND CHARGES:

```
        LONG DISTANCE TELEPHONE            65.09
        DUPLICATING SUMMARY              153.20
        AUTO, PARKING & TAXI             36.88        LGO10188
                                                     CONFIDENTIAL
```

PAID

SCANA018057

17009 CITY OF CHARLESTON, S.C.
00000 GENERAL
25 JUN 1993

Invoice Number    256838
Page    2

MEALS                          106.48
TELECOPIER                     171.00
OUT-OF-TOWN MEALS                5.58

CURRENT DISBURSEMENTS AND CHARGES        538.23

TOTAL BALANCE DUE UPON RECEIPT        $31,538.23

Aquarium MS  19401.58
          DP   2735.07
          DF   9401.58
               3538.03

LGO10189
CONFIDENTIAL

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

SCANA018058

# SCHEDULE L

| TITLE | Environmental Monitoring During Construction |
|---|---|

| AMOUNT | $703,000. |
|---|---|

| ATTACHMENTS | L-1 | Monitoring and Response Plan |
|---|---|---|
| | L-2 | Demonstration Guidelines |
| | L-3 | Monitoring Chart |
| | L-4 | 24 April 95 Killam Associates letter (Suler to Shakespear) |

| EXPLANATION | The Environmental Monitoring and Response Plan (Attachment L-1) was developed by Killam Associates, with extensive agency input and review, to respond to the presence of contaminants on the SCA site. Conformance with this Plan is mandated by the terms of the lease between the City and the NPS. In addition, a Demonstration Program (Attachment L-2), with additional monitoring requirements, must be successfully completed in the initial phase of the construction.

In order to comply with these requirements, the services for Environmental Inspection during construction will be required (full-time from the beginning of the construction contract until completion of foundation work and basement slabs and part-time for follow-up monitoring). The samples collected as part of the monitoring will need to be analyzed by a laboratory. In addition, Killam Associates and FR Harris will be needed to provide construction administration (CA) services for the Containment System (Attachment R-1).

Note: "Containment" and other items referred to in Killam letter (item # 5, 6, and 7) are addressed on Schedule R.

Attached is chart summarizing the various requirements of Monitoring and Response Plan. The column on the right lists estimated costs for the various components. The totals are as follows:

1.  Analytical Chemistry Work:      $278,000.
2.  Environmental Inspection:       $355,000.
3.  Diver:                          $20,000.
4.  CA on Containment System:       $50,000. |
|---|---|

*CONSTRUCTION ADMIN*

*INFLATED Harry Costs?*

Estimated Cost Increases Due to SCE & G Contamination - Schedule L

LG010938
CONFIDENTIAL

SCANA018103

SCHEDULE L:  ENVIRONMENTAL MONITORING DURING CONSTRUCTION

| | | |
|---|---|---|
| 1 ANALYTICAL LAB WORK (ESTIMATE PER KILLAM ASSOC) | 137,500 | |
| 2 ENVIRONMENTAL INSPECTOR | 150,000 | |
| INCLUDES REVIEW OF SUBMITTALS, FIELD OBSERVATION, | | |
| MONITORING PROCEDURES, FIELD JUDGMENT, AND | | |
| CLOSE-OUT MONITORING AND REPORT | | |
| 3 DIVER: 38 INSPECTIONS @ $500 EA | 19,000 | |
| | | 306,500 |

SCA\GLOBAL\SCHL.XLS 10/7/94

LG010190
CONFIDENTIAL

SCANA018059

## SCHEDULE R

| TITLE | Site, Building and Exhibits Construction Cost |
|---|---|

| AMOUNT | $ 9,409,912. |
|---|---|

| ATTACHMENTS | R-1 | SCA 100% C.D. Estimate, Apr '93, OLI |
|---|---|---|
| | R-2 | Construction Cost Escalation Due to Delay, 4/26/95, OLI |
| | R-3 | 24 April 95 Killam Associates letter (Suler to Shakespear) |
| | R-4 | Calculation Sheet:  HASP Cost |
| | R-5 | Calculation Sheet:  Excavation Disposal Costs |
| | R-6 | Calculation Sheet:  Demonstration Program Costs |
| | R-7 | Containment System |
| | R-8 | Health and Safety Plan Specifications |

**EXPLANATION**

1. Escalation cost due to first delay of SCA construction start (from January 92 to June 93) due to presence of contaminants on site:  see Attachment R-2:

$ 1,363,426

2. Escalation cost due to second delay of SCA construction start (from June 93 to August 95) due to presence of contaminants on site:  see Attachment R-2:                            $ 2,716,532

3. Special Project Conditions (see below for Explanation):
$ 5,329,954

TOTAL INCREASE TO SITE, BUILDING, AND EXHIBITS CONSTRUCTION COST:
$ 9,409,912

Estimated Cost Increases Due to SCE & G Contamination

LG011021
CONFIDENTIAL

SCANA018109

| EXPLANATION CONTINUED | f.  De-watering Costs:  The construction of the Aquarium will require dewatering to allow for excavation and the construction of the foundation.  The presence of contaminants in the groundwater will require that effluent from any dewatering be monitored, pre-treated, and disposed via the sanitary sewer system (rather than pumping directly into the river or re-charging the groundwater).   Based on consultation with Griffin Dewatering Corporation, the estimated volume to be pumped from a 1,000 foot well-point system designed for typical construction is 100 gal/min, which is approximately 1 million gallons per week, or 30 million gallons over a seven-month foundation-construction period.   This converts to 40,110 hundred-cubic-feet (CCF). The prime rate for discharge into the Charleston Public Works sanitary sewer is $3.11/CCF.  The resultant raw cost would be $125,000.   Hook-up fees, increased de-watering to maintain an upward hydraulic gradient while driving piles, pre-treatment, piping, manifolding, and monitoring are expected to increase this amount by a factor of two. |
|---|---|

ESTIMATED INCREASED COST OF DEWATERING:    $250,000.

|  |  |
|---|---|
| Sum, Items a through f: | $ 4,261,900 |
| X Bonding and Insurance @ 1.2% | $ 4,313,043 |
| X  Fee @ 4.0% | $ 4,485,565 |
| X Owner's Contingency @ 10% | $ 4,934,121 |

Subtotal, a through f, with bonding, insurance, fee, and contingency:
$ 4,934,121

g.  Demonstration Program Costs:  The Demonstration Program required by the Lease and permit conditions to verify to the Containment System will require an increase in the schedule of 4.5 months  (see Schedules A and B attached to R-6), as well as a re-mobilization after the decision period.  See Attachment R-6 for calculations of the resultant increase of Contractor General Conditions due to extension of general construction contract caused by Demonstration Program.
EST. INCREASED COST DUE TO DEMONSTRATION PROGRAM:

$   395,833

GROSS TOTAL, SPECIAL PROJECT PROCEDURES:

$ 5,329,954

Estimated Cost Increases Due to SCE & G Contamination

LG011024
CONFIDENTIAL

SCANA018112

| | |
|---|---|
| EXPLANATION CONTINIUED | SPECIAL PROJECT CONDITIONS EXPLANATION<br><br>a. Temporary Utilities:  The presence of free product from the former MGP in the utilities right-of-way has caused the NPS to require that all utilities be installed above ground until such time as all response actions (including but not limited to removal of product or impacted soils) are completed on the NPS property or the Landlord determines that earlier installation will not pose a threat to human health or the environment.  Without this restriction, the construction schedule calls for undergrounding the utilities (including water supply, sanitary sewer, primary electrical, telephone and CTV, and gas) at the start of the construction.  The contractor would then have access to all utilities required during construction on-site, rather than 300 feet away at Concord St.  With this restriction, the contractor will need to maintain temporary hook-ups, including hundreds of feet of hoses running to fire hydrants and sanitary sewer manholes, for an estimated 18 months from the notice to proceed.  In addition, the trenching for permanent utilities will require a second mobilization of the Special Project Procedures, since the intrusive work (ie. excavation and foundation) will have been completed.  This will entail setting up the procedures listed in Item 3 (including an EZ, a CRZ, a De-Con area, Medical Consultant and exams, etc.) below for a second time.  The following figure is a verbal estimate from Oppenheim Lewis Inc (cost estimators for the SCA):<br>EST. INCREASED COST DUE TO TEMPORARY UTILITIES:     $50,000.<br><br>b.  Containment System (Attachment R-8): this system was developed by Killam Associates, with extensive agency input and review, to respond to the presence of contaminants on the SCA site.  Its implementation is mandated by the terms of the lease between the City and the NPS, and by the terms of the Corps' and OCRM-DHEC's permits for the Aquarium construction.  Included in this containment system are the following components:  Silt Curtain and Absorbent Boom, Steel Pile and Timber Lagging Wall, and  Sand Blanket.  See Item 5 of Attachment R-3 for details and cost calculations.<br>EST. WATERSIDE CONTAINMENT SYSTEM COST:  $366,500. |

Estimated Cost Increases Due to SCE & G Contamination

LGO11022
CONFIDENTIAL

SCANA018110

| EXPLANATION CONTINUED | c. Worker Health and Safety (Attachment R-9): Detailed specifications for the General Contractor's HASP were developed by Killam Associates with extensive agency input and review, to protect workers from contaminants on the SCA site. An Exclusion Zone (EZ), a Contaminant Reduction Zone (CRZ), a Support Zone, a Medical Consultant, hazardous waste training (initial, follow-up, and refresher) and record-keeping, medical exams of all employees before and after work in EZ or CRZ, medical record-keeping, Personnel Protection Equipment (PPE), laundering and/or disposal of PPE, air monitoring , equipment decontamination, emergency shower and eye-wash  In addition, Landside Erosion Control measures  (such as crushed-stone topping, seeding, mulching, silt fencing, hay bales, geo-textile erosion control matting, stormwater collection basin, vehicle decontamination facilities and protocols) are specified to prevent migration of contaminants from the site. Conformance with both of these specifications is also mandated by the terms of the lease between the City and the NPS. These measures add cost to the project. Per Killam Associates (Attachment R-3, Item 6), the cost increase is 20% to 30% over the value of the work on an uncontaminated site.   See Attachment R-4 for calculations.<br>ESTIMATED INCREASED COST DUE TO HASP:          $1,511,900.<br><br><br>d.  Response Plan:  Included in the Environmental Monitoring and Response Plan (Attachment L-1) developed by Killam Associates are measures to respond to potential releases of contaminants present on the SCA site.  Conformance with this Plan is mandated by the terms of the lease between the City and the NPS.  Measures include maintaining a stocked Response Kit, immediate deployment of such in the event of a release, notification procedures, employment of an emergency response firm in the event of a substantial release, and upgrading of containment system components if needed.  Estimated cost was provided by Killam Associates (Attachment R-3, Item 7):<br>ESTIMATED RESPONSE PLAN COST:          $20,000.<br><br><br>e.  Dump Fees:  The construction of the Aquarium will require the excavation and removal of an estimated 8,250 cubic yards of soil (Attachment R-5).   The presence of contaminants in this soil will require analytical, transportation, and disposal costs in excess of the same for clean soils.  It is presumed from previous experience that most of the excavated materials will classify as Special Wastes (not Hazardous Wastes) per SCDHEC's regulations.  The cost for this work is estimated using a mid-range number between quotes ranging from a low of $70/cy to a high of $500/cy  (Attachment R-7).<br>      This estimated $250 per cubic yard can be compared to costs incurred in disposing of 95 cubic yards of drilling wastes from the Killam Site Investigation. Six competitive bids were received for this work; the successful low bid netted an inclusive unit cost of $547. per cubic yard.  The $250/cy figure  reflects an anticipated economy-of-scale reduction of over fifty percent.<br>ESTIMATED DISPOSAL COSTS:                    $2,063,500. |
|---|---|

Estimated Cost Increases Due to SCE & G Contamination

LG011023
CONFIDENTIAL

SCANA018111

## SCHEDULE R: BUILDING & SITE CONSTRUCTION COSTS

| | |
|---|---:|
| 1 INFLATION FOR FIRST DELAY (SEE ATTACHED) | 1,832,636 |
| 2 INFLATION FOR SECOND DELAY (SEE ATTACHED) | 1,955,812 |
| 3 SPECIAL PROJECT CONDITIONS WITH GENERAL CONDITIONS AND FEE (SEE BELOW) | 4,829,130 |
| | 8,617,578 |

| | |
|---|---:|
| SPECIAL PROJECT CONDITIONS: | |
| TEMPORARY UTILITIES | 150,000 |
| CONTAINMENT | 500,000 |
| WORKER HEALTH & SAFETY | 500,000 |
| RESPONSE PLAN | 100,000 |
| DUMP FEES | 2,000,000 |
| DEWATERING | 280,000 |
| | 3,530,000 |
| SURCHARGE FOR DEMO PILE PROGRAM SLOWDOWN | 250,000 |
| | 3,780,000 |
| X GENERAL CONDITIONS OF 8.95% AND FEE OF 4% | 610,118 |
| | 4,390,118 |
| OWNER'S CONTINGENCY @ 10% | 439,012 |
| | 4,829,130 |

LG010201
CONFIDENTIAL

SCA\GLOBAL\SCHR.XLS 10/20/94

SCANA018070



| | CONSTR START JAN 1992 | Jan-93 | Jun-93 | Jan-94 | Jan-95 |
|---|---|---|---|---|---|
| CURRENT BUILDING WITH 8.95% GENERAL CONDITIONS AND 4% FEE | 21,849,606 | 22,942,087 | 23,515,639 | 24,089,191 | 25,293,651 |
| | | 1,666,033 7.63% | | 1,778,011 7.56% | |
| SPECIAL CONDITIONS WITH 8.95% GENERAL CONDITIONS AND 4% FEE | | 0 | | 4,390,118 | |
| OWNERS CONTINGENCY @ 10% | | 166,603 1,832,636 | | 616,813 6,784,942 | |

| | |
|---|---|
| FIRST DELAY | 1,832,636 |
| SECOND DELAY & CONTAMINATION COST | 6,784,942 |
| TOTAL DELAY COSTS | 8,617,578 |



RHODES/DAHL CONSTR&2.XLS 10/7/94

LG010202
CONFIDENTIAL

SCANA018071

# SCHEDULE W

| TITLE | Special Landscaping Requirements |
|---|---|

| AMOUNT | $2,728,000 |
|---|---|

| ATTACHMENTS | W-1    Calculation Sheet, Itemization of Costs |
|---|---|

| EXPLANATION | The land between the Aquarium and Concord Street is planned as an urban park, or front yard to the Aquarium. Given the presence of contamination in the soils and groundwater in this area, and the understanding that capping will be part of the remedial design, special means will be required to landscape the site. Portions are to be "hard-scaped" with pavers, such as bluestone, and other areas are to be "soft-scaped" with plantings (similar in concept to Waterfront Park). The pavers with a surface drainage system function as a cap and the planted areas can be made to act as a cap with the inclusion of a clay liner and surface-soil drainage system. The cost of hard-scaping is higher; the attached worksheet assumes the entire area would be soft-scaped for a baseline cost to cap the area. |
|---|---|

Absent the contamination, the land would be graded and some fill (topsoil) would be imported in order to prepare for planting. Drainage of the landscaped areas would be by natural percolation through the soils. Due to contamination, the following additional costs will be incurred:

1. Clay liner: approx. 6 inches
2. Drainage system for soils above clay liner: drainage mat and piping.
3. Clean fill: a two-foot thickness of arable soil is needed over the clay liner to support the landscaping. Absent contamination, approximately one foot of fill would have been needed; the difference is one foot.
4. Excavation: A build-up over the entire site of two-and-one-half feet is not acceptable, as it would create cost, access, and visual problems. Eighteen inches is the most that can be tolerated, resulting in a need to excavate one foot prior to installation of the clay liner.

The attached Calculation sheet has estimates for these costs.

Estimated Cost Increases Due to SCE & G Contamination - Schedule W

LGO11100
CONFIDENTIAL

SCANA018117

**SCHEDULE W: SPECIAL REQUIREMENTS FOR LANDSCAPING OR PLANTING AT AQUARIUM & NPS SITE**

| | | |
|---|---|---:|
| 1 | PARK SITE - 4 ACRES | |
| 2 | 4 ACRES X 43,000 SF = 172,000 SF | |
| 3 | 172,000 SF @ 1' DEPTH = 172,000 CF | |
| 4 | 172,000 CF DIV BY 27 = 6,370 CY OF SOIL | |
| 5 | 6,370 CY SOIL X $250/CY SPECIAL DISPOSAL | 1,592,500 |
| 6 | 172,000 SF OF CLAY LINER @ $4/SF | 688,000 |
| 7 | 172,000 SF DRAINAGE SYSTEM @ $.75/SF | 129,000 |
| 8 | 6,370 CY  X  2 = 12,740 CY OF CLEAN FILL @ $25/CY | 318,500 |

TOTAL COST ($15.86/SF)                                               2,728,000

**DISCUSSION:**

IT WILL COST MORE TO DEVELOP THE PARK-ENTRANCE TO THE AQUARIUM/NPS FACILITY BECAUSE OF THE SITE CONTAMINATION. THE CONCEPT ABOVE ALLOWS FOR INTENSE LANDSCAPING OF THE ENTIRE SITE. SHOULD THE CITY AND THE NPS ELECT TO USE MORE HARDSCAPE, SQUARE-FOOT ALLOWANCE OF $15.86 MAY BE ADEQUATE TO COVER THIS APPROACH.

**Garage**

## SCHEDULE AA

| TITLE | Garage Construction Surcharge |
|---|---|

| AMOUNT | $2,343,131. |
|---|---|

| ATTACHMENTS | AA-1  Calhoun Park Site Plan (Concept)<br>AA-2  Calculation sheet |
|---|---|

| EXPLANATION | Development plans for the Calhoun Park tract (approximately 154,845 SF total) call for a 1,000 car parking structure, access paving, paved parking for buses, and landscaping (Attachment AA-1).   The proposed parking garage will be a structure of roughly 117 ft by 505 ft.   The garage will cover an estimated 59,100 SF, and an additional estimated 50,200 SF of the site will be paved.   Sidewalks, mostly existing, will cover approximately 3,200 SF.  Landscaping is planned for the balance of the site, or approximately 42,400 SF.<br><br>Costs anticipated due to the presence of contamination on the site include the following:<br>1.    Disposal of excavated materials<br>2.    Worker Health and Safety during foundation and paving work<br>3.    Special requirements for landscaping<br><br>Estimated costs for these are calculated on Attachment AA-2. |
|---|---|

Estimated Cost Increases Due to SCE & G Contamination

LG011108
CONFIDENTIAL

SCANA018120

## SCHEDULE AA: GARAGE CONSTRUCTION SURCHARGE

1 DISPOSAL OF FOUNDATION EXCAVATED SOILS. MID-RANGE BETWEEN
$210,000 LOW AND $1.5 MILLION HIGH (BASED UPON $70-$500/CY)                          750,000

2 PILE DRIVING (NO PRE AUGERING)

ADD 20% SURCHARGE TO FOUNDATION COSTS FOR "LOSS OF
DEVELOPMENT POTENTIAL" DUE TO RESTRICTING PILE DESIGN AND
PLACING DUE TO CONTAMINATION.

FOUNDATION COSTS NORMALLY ARE AROUND 30% OF BUILDING COST.
ESTIMATE COST OF $15 MILLION BUILDING (1000 CARPARKS @ $15,000
EACH). $15 MILLION X 30% = $4.5 MILLION IN FOUNDATIONS.

$4.5 MILLION X 20% SURCHARGE                                                          900,000

3 HASP REQUIREMENTS FOR CONSTRUCTION OF SURFACE PARKING

SURCHARGE OF 20% OF COST OF SURFACE PARKING. SURFACE PARKING
ESTIMATED FROM $250,000 TO $351,288. HASP SURCHARGE = $50,184 -
$70,257.                                                                              60,000

4 SPECIAL REQUIREMENTS FOR LANDSCAPING

LANDSCAPED AREA = 42,396 SF
COVERAGE @ 1' DEEP = 42,396 CF OR 1,570  CY
1570 CY X $250/CY FOR DISPOSAL OF SOILS                                              392,500
1570 CY X $25/CY CLEAN FILL                                                           39,250
CLAY LINER @ $4/SF X 42,396                                                          169,584
DRAINAGE SYSTEM @ $.75/SF X 42,396 SF                                                 31,797

                                                                                   2,343,131

11/16 '94 19:54

LG010221
CONFIDENTIAL

SCANA018090

**Brick Archway (Calhoun St.) & SW Deep Tunnel**

COSTS ASSOCIATED WITH CONTAMINATION
FOR
CONSTRUCTION OF CALHOUN/EAST BAY DRAINAGE IMPROVEMENTS
AND
RELOCATION OF THE STORM WATER OUTFALL ON THE NATIONAL PARK
SERVICE PROPERTY

The following documentation has been prepared to support the actual and estimated costs that will or have been incurred by the City to construct the projects known as the Calhoun/East Bay Drainage Improvement Project and Relocation of the Storm Water Outfall on the National Park Service Site. The approach taken has been to compare our cost estimates for the project in 1987 with actual and estimated costs to complete the same project after contamination was discovered. These are substantiated with the engineer's estimates and copies of actual contacts when available along with a letter of explanation provided by the engineer. The following pages of this section include written descriptions of the scope of these two projects.

SCANA018123

## CALHOUN/EAST BAY DRAINAGE IMPROVEMENTS

The project is currently under construction and will be completed under three separate contracts.

<u>Division I</u> - This division includes construction of an eight foot diameter tunnel, approximately 130 feet deep and 2,900 feet long and four associated shafts. Construction of the tunnel began in January 1995 on a parcel just south of Dockside Condominiums and will align generally with the Calhoun Street right-of-way to a point in Marion Square. The shaft locations are on Concord Street at the beginning of the tunnel, at Marion Square at the terminus of the tunnel and at two locations on Calhoun Street, one near the intersection of Washington Street and one near the intersection of Alexander Street. Excavation of the shaft at the Concord Street locations requires strict compliance with the Material Handling Plan approved by DHEC.

<u>Division II</u> - This division includes construction of the pump station including providing and installing all pumps, the associated piping, the discharge conduits from the pump station to the Cooper River, all controls and the structure to house the controls and electrical equipment.

<u>Division III</u> - This division includes the surface collection system that will collect surface runoff from the street surface and discharge it to one of the four shafts constructed under Division I. Surface collection systems will be constructed in Meeting Street between Mary and Calhoun Streets, in Calhoun Street between Alexander and Washington Streets.

<u>Not Included in this Project</u> - This project does not currently include relocation of any part of the old brick arch drainage and concrete box culvert system that is in Calhoun Street and continues through the NPS property to its point of discharge to the Cooper River. This project does not currently include complete drainage improvements to the Ansonborough Homes property or Marsh and Laurens Streets. Provisions are being made at the pump station site to allow improvements to this area to be tied into the new drainage system but the permit we are now working under does not allow this work to take place at this time. There may be costs associated with providing drainage improvements to Marsh and Laurens Streets that we have not yet estimated.

The design of the tunnel in lieu of the box culvert and open trench construction originally proposed was a result of requirements that materialized during the permitting process for this project. All cost increases, modifications and delays that have taken place on this project developed based on the discovery of contamination at the original pump station location proposed on Calhoun Park.

SCANA018124

May 30, 1995
Page 2

RELOCATE STORM WATER OUTFALL ON NATIONAL PARK SERVICE (NPS) SITE

This project includes the relocation of the storm water outfall off of the Park Service property. Before the discovery of contamination it was agreed that the City would relocate its easement. The base line cost for this includes abandoning the existing concrete culvert in place on the Park Service property, building a new junction box at the intersection of the exiting drain and Concord Street, constructing a new drain culvert to redirect the stormwater runoff north beneath Concord street to a point north of the existing outfall next to the proposed Aquarium site. Because of the extensive contamination identified at the Aquarium site the drainage outfall is now proposed to be relocated south down Concord Street and then east to the Cooper River in the same easement identified for construction of the pump station outfall. However, both outfalls will remain as separate structures. The base line cost also assumes that the work would be conducted in clean soils requiring no special handling or precautions.

The actual cost for this relocation will be much greater that the baseline cost and the estimate includes the following assumptions:

1. All soil is contaminated and a material handling plan will have to be developed and approved.

2. In addition to the portion of the drain on the National Park Service property we will have to replace the brick arch drain on Calhoun Street between Concord and Washington Streets.

3. Portions of the drainage system in Concord Street between Calhoun and Charlotte and portions of the drainage system on Washington Street between Calhoun and Charlotte will have to be replaced to prevent infiltration of contaminated groundwater.

4. The alignment has to be revised to a point south of Dockside Condominiums to avoid the more concentrated areas of contamination.

SCANA018125

BACKUP INFORMATION
REQUIRED TO SUBSTANTIATE
INCREASED COSTS DUE TO SOIL CONTAMINATION
FOR
DESIGN AND CONSTRUCTION OF THE CALHOUN/EAST BAY DRAINAGE IMPROVEMENT PROJECT
AND
RELOCATION OF THE STORM WATER OUTFALL OFF OF NPS PROPERTY

1.    Original Detailed Pump Station Cost Estimate

2.    Original Engineering Services Contract and All Amendments
      Thereto for Design of the Drainage Improvements

3.    Division I Construction Contract without Technical
      Specifications

4.    Division II Detailed Cost Estimate

5.    Division III Detailed Cost Estimate

6.    New Detailed Cost Estimate for Marsh Street Collection
      System

7.    Detailed Estimate for Relocation of the Storm Water Outfall
      Off of the National Park Service Property Including Best
      Estimates for Additional Work Required Because of
      Contamination

      a.    Sketch which defines original alignment and extent
            of replacement

      b.    Sketch which shows proposed alignment and extent
            of replacement required due to contamination

8.    Construction Services Contract with Environmental Issues
      Highlighted (May be included in item 2.)

9.    List of Other Costs that May Be Incurred but Will Require
      Additional Effort to Provide Backup Information

      a.    City Staff time required to administer contracts
            and get permit approvals.

      b.    Increased operation and maintenance costs for
            operation of the pumps and tunnel collection
            system.

      c.    Additional losses and damages to the public and
            City due to continued flooding because project was
            not built 1987.

C:\corresp\bckinfo.wp                                    5/31/95

SCANA018126



# DAVIS & FLOYD

**DAVIS & FLOYD, INC.**
**MEMORANDUM**

**TO:** Adelaide Myrick

**FROM:** Herbert W. Gilliam

**SUBJECT:** Soil Contamination / Remediation
East Bay / Calhoun Stormwater
Drainage Improvements
City of Charleston

**DATE:** June 1, 1995

**JOB NO.:** 8560.00

As you requested, Davis & Floyd has reviewed the effect that soil contamination has had on the East Bay / Calhoun stormwater drainage project. You may recall that the original scope of work for this project included a pump station, surface collection system and a main storm water collector that was to be installed through standard trenching and backfilling construction. During the permit process the reviewing agencies required material handling measures at costs exceeding the estimate to construct a deep tunnel system and avoid a majority of the contaminated soil. The project, as currently designed, does not provide additional flood protection beyond the original scope of work. Therefore all increases to the cost and design changes that have occurred are attributed to finding and having to work with the contaminated soils. We offer the following for your consideration.

(1) An estimate for this project in October of 1987 was $5,635,000. This included drainage in the Marsh Street area and relocation of the box culvert from the National Park Service property. Engineering cost for this project was $277,000. Documentation for these costs is included in schedule AC. 2

(2) The bid for Division I of the drainage project is $4,690,000. Division II is estimated to cost $2,636,000 and Division III is estimated to cost $1,726,700, for a total project cost of $9,052,700. Marsh Street drainage and the relocated box culvert are not included in this estimate. Documentation is included in schedule AC. 4, AC. 5 and AC.6.

(3) The RI/FS findings have indicated that there is minor contamination in the Ansonborough Homes area, therefore there is a possibility of including Marsh Street drainage facilities at an estimated cost of $608,000. Documentation is included in schedule AC. 7.

(4) The latest indications on scope of work for eliminating groundwater migration to the existing brick arch tunnel include total replacement of the brick arch from the discharge to Washington Street. This work is estimated to cost $5,093,000. Documentation is included in schedule AC. 8.

---

■ **ENGINEERS** ■ **ARCHITECTS** ■ **PLANNERS** ■ **SCIENTISTS** ■

Davis & Floyd, Inc. | P.O. Box 61599 | Charleston, S.C. 29419 | 3229 West Montague Avenue | Charleston, S.C. 29418 | (803) 554-8602 | Fax (803) 747-6485

SCANA018127

Memo/Ms. Myrick
June 1, 1995
Page 2

(5)    The original design fee for this project was $277,000. An additional $222,000 was required to prepare the deep tunnel design. Geotechnical and consulting services are required during construction at a cost to the City of $93,200. Documentation is included in schedule AC. 9.

(6)    There will be additional cost to the City that is extremely difficult to quantify such as increased operations and maintenance of the deep pump station and tunnel. There is higher horse power on the revised pump station requiring higher power cost.

The City will be required to hire professional divers to maintain the pumps at the tunnel level. Also, non-standard equipment may be required for routine maintenance.

The total cost effect is estimated to be $9,433,900 ($15,345,900 less $5,912,000). If the City would like us to attempt to assign a estimate to item (6) please advise.

Call me with your questions or comments.

:aar
xc:    Laura Cabiness
       Clarence Matthews

SCANA018128

|  | PROJECT COST BEFORE CONTAMINATION | PROJECT COST AFTER CONTAMINATION |
|---|---|---|
| Pump Station & Collection System | *$5,635,000 | $ 9,052,700 |
| Marsh Street Collection System |  | $ 608,000 |
| Relocation Box Culvert & Pipe Replacement |  | $ 5,093,000 |
| Design | $ 277,000 | **$ 499,000 |
| Services During Construction |  | $ 93,200 |
|  | $5,912,000 | $15,345,900 |

**ADDITIONAL COST INCURRED**

$15,345,900
$ 5,912,000
*** $ 9,433,900

\*        This price includes Marsh Street collection system and the relocated box culvert.

\*\*       This cost includes the $277,000 for original design that the City paid.

\*\*\*      This figure does not include differential cost attributable to item (6) in letter.

SCANA018129

**Maritime Center**

**SUMMARY**

**TITLE**          Charleston Maritime Center (CMC)

**AMOUNT**       $8,533,112

**ATTACHMENTS**  A       Charleston Maritime Center Site Plan
                 B       Charleston Maritime Center Residual Tracts
                 C       Calculation Sheets

**EXPLANATION**   Development of the Charleston Maritime Center which is located at 300 Concord Street calls for a 7380 SF building sited adjacent to a public park and two piers (A). The residual property has been master planned (B) and will be developed in five parcels for a mixture of residential and commercial uses.

Costs anticipated due to the presence of contamination on the site include the following:
I.      Initial construction including testing, permitting, dredging and disposal of contaminated silt, upland testing and disposal of contaminated soil in utility corridors, fuel tank shaft, elevator shaft and foundation, and construction of piers, building and site work
II.     Maintenance of the CMC marina including testing and disposal of contaminated soils in original spoil disposal basin and one which must be created within six years of initial dredging
III.    Five residual tracts-loss in value due to contaminated soil. Development will require testing and disposal of excavated soils in utility corridors, elevator shafts and foundations and following health and safety standards for foundation construction.
IV.     Cost of City bonds on $2.5 million from November of 1993 until May of 1995. Cost of City bonds are justified for this period because the City had intended to develop the Maritime Center much sooner and use it as a catalyst for attracting other development as shown in the master plan in Attachment B. The parking lot site was also seen as a long term development site.

SCANA018121

**ATTACHMENT C**

| SUMMARY ENVIRONMENTAL CONTAMINATION COSTS RELATING TO THE DEVELOPMENT OF 300 CONCORD STREET | Daniel & Clouter Island Confined Disposal Facility -10 years* |
|---|---|
| CMC-Construction-See Chart I | $2,622,431 |
| CMC-Maintenance-See Chart II | $3,371,085 |
| Residual Tract Development-See Chart III | $2,290,315 |
| Cost of City Bonds-See Chart IV | $249,281 |
| TOTAL | $8,533,112 |

* Number of years during which contaminated materials will be dredged and disposed

Estimated Cost Increases Due to SCE & G Contamination

**Appendix B**

**Brown's Directory Excerpts**

## RHODE ISLAND.

**Westerly Light and Power Co., Westerly.**

Ill.: N. Y., N. H. & H.  Ex.: Ad.

Capital stock, pref., $200,000; com., $500,000;
aun. div. pref., 5 p. c.
Bonds, $510,000; due 1937; int., 5 p. c.
President, Wm. Clark.
Secretary and treas., T. D. Steere.
Mgr. and pur. agt., M. H. Spellman.
Now Eng. mgr., M. H. Spellman.
Process manufacture, Lowe.
Price coal per ton, delivered, $6.
Price oil per gal., delivered, 5c.
Pop. dist. supplied, 10,000; of city, 12,000.
No. meters, reg., 800.
No. consumers, 900.
Miles of mains, approx., 8.
Street main pressures, max., 6 in.; min., 3 in.
Price gas: Light and Fuel, gross, $1.00;
Light, net, $1.65; Fuel, net, $1.20.
Max. day's send out, 65,000 c. f.
Gas holder capacity, 130,000 c. f.
Annual sales, approx., 15,000,000 c. f.
Gas unaccounted for, 10 p. c.
Candle-power, 18.
Ranges in use, 650; heaters, 50; water heaters, 40.
No. Humphrey commercial gas arc lamps, 15.
Supplies Westerly, R. I., and Pawcatuck, Conn.

**ELECTRICAL DEPARTMENT.**

System operated: Arc and incand., A. C., 3
phase, 60 cycle; power, A. C.
Generating capacity: Lighting, 800 kw.
Voltage: Arc, 30; incand., 110; power, 550.
City lighting contract: Arc and incand., all
night schedule.
No. public arcs, 33; 460 watt. Price per year, $93.
No. public incand., 750; 50-40 watt. Price per year, $18.
Commercial lighting: No. arcs, 30; No. incand., 20,000.
Price current per kw. hr., gross, 10c. Disc., up to 50 p. c.
Other lamps, 10 Nernst and 1,500 Tungstens.
Power circuits: No. motors, 110; price per h. p., 5c to 1.75c.
Output of station, kw. for year, 2,225,000.
Generating power used, Diesel oil engine; rated h. p., 1,120.
Cost of station fuel oil, 3c. per gal.

**Woonsocket Gas Co., Woonsocket.**

Ill.: N. Y., N. H. & H.  Ex.: Ad.; E. & P.

Capital stock, $250,000.
President, Frank B. Holden.
Secretary, Chester H. Clark.
Treasurer, Henry B. Sawyer.
Gen. mgr., Alfred P. Townsend.
Superintendent, G. F. Stevens.
New Eng. mgr., R. C. Rawcomb.
Process manufacture, Standard, Lowe.
Pop. dist. supplied, 30,000; of city, 38,000.
No. consumers, 6,400.

is impervious to insects, dust and
falls. See advertisement, page xxxii.

---

## RHODE ISLAND.--SOUTH CAROLINA.  247

No. meters, reg., 8,121; prepay., 2,345.
Price gas: Light and Fuel, gross $1.30; net
$1.20; 12c. all over 500,000 c. f.
Miles of mains, approximate, 41.1.
Street main pressures, max., 4.2 in.; min., 3 in.
High pressure mains, 12 in.; press., 6-15 lbs.
Max. day's send out, 410,000 c. f.

### SOUTH CAROLINA.

**Total population, 1,515,400.**

**Anderson Gas Co., Anderson.**

Ills.: Chas. & West. C.; Blue Ridge.  Ex.: So.

(Plant under construction.)
Capital stock, $100,000.
President, Arthur Stedwedeff.
Sec. and treas., George O. Thompson.
Price gas: Light and Fuel, gross, $1.50; net,
$1.55.
Will supply Anderson.

**Charleston Consolidated Railway and Lighting Co., Charleston.**

Ills.: A. C. L.; So.  S. Ill.; B. & O. Co.; So.
SS.; Clyde SS.; Sea Isl. Co.; O. SS. Co.
Ex.: So.

Capital stock, pref., $1,500,000 auth., $500,-
000 issued; com., $3,000,000 auth., $1,500,-
000 issued.
Bonds, $2,500,000; due 1009; int., 5 p. c.
President, Philip H. Gadsden.
Vice-pres. and gen. mgr., G. H. Waring.
Secretary, W. P. Dunblet.
Treasurer, Lewis Little.
Asst. treas., C. M. Benedict.
Pur. agent, J. A. Pearson.
Process manufacture, Lowe.
Pop. city supplied, 58,833.
No. consumers, 4,500.
No. meters, reg., 6,040; prepay., 6
Miles of mains, approximate, 63.
Price gas: Light and Fuel, $1.20.
Public Welsbach lamps, 590; price per year, $10.
Contract includes repairs, care, lighting and extinguishing.
No. hours lamp is lighted per year, 4,000.
Candle-power, 20.
Annual sales, approx., 158,221,000 c. f.
Ranges in use, 3,902; heaters, 2,600; water heaters, 700.
No. Welsbach and Humphrey gas arc lamps, 547.
Supplies Charleston, S. C.

**ELECTRICAL DEPARTMENT.**

System operated: Arc, 40 amp., A. C. series
St. arcs; incand., 2,300-volt, single phase;
power, 2,300-volt, 3 phase, 500-volt D. C.
Generating capacity: City station, 2,650 kw.,
A. C., 625 kw. D. C. (includes railway
capacity); seashore, 225 kw. A. C., 450
kw. D. C. (includes railway capacity).
Voltage: Arcs, series; 2,300 prim.; 110-220
sec.; 500 D. C.

BEFORE ACCEPTING any kind of street lighting inquire about the best;
Welsbach STREET LIGHTING.  See advertisement, page xxxii.

---

this holder capacity, 830,000 c. f.
Annual sales, approx., 50,988,700 c. f.
Gas unaccounted for, 3-4 p. c.
Candle-power, 20.  Cal. vol., 620 B. t. u.
Ranges in use, 1,503; heaters, 850; water heaters, 300.
Supplies Woonsocket, R. I.

City lighting contract: Hours lighted per
year; Arc and incand., 4,000.
No. public arcs, 260; 320 watt.
No. public incand., 80; 112 watt; 11, 175 watt.
Commercial lighting: No. arcs, 101; No. incand., 33,000.
Price current per kw. hr., gross and net, 12c. to 6c.
Power circuits: No. motors, 335; price per
kw. hr., gross and net, 7c. to 2.5c.; large
power, 4c. to 1¼c. per kw. hr., plus primary charge.
Output of station, kw. for year, 7,210,724.
Generating power used, 4,100 kw. steam-driven generators (includes railway generators).

**Columbia Railway, Gas and Electric Co., Columbia.**

Ills.: A. C. L.; Col., New. & Laurens; S. A.
L.; So.  S. Rs.: N. Y.; Col. & Geo. Co.

Capital stock, auth., $300,000; issued, $200,-
000.
Bonds, $225,000; due 1930; int., 5 p. c.
President and treas., D. W. Robertson.
Secretary, G. M. Berry.
Gen. mgr. and pur. agt., G. K. Dustin.
Superintendent, S. W. Brown.
Process manufacture, Lowe.
Price coke per ton, delivered, $4.00.
Pop. dist. supplied, 20,000; of city, same.
No. consumers, 1,000.
No. meters, reg., 1,500; prepay., 400.
Miles of mains, approx., 24.
Price gas: Sliding scale, $1.50 to $1.25 net.
Candle-power, 21.
Annual sales, approx., 48,000,000 c. f.
Gas unaccounted for, 21 p. c.
Max. day's send out, 281,000 c. f.
Total gas holder capacity, 800,000 c. f.
Street main pressures, max., 4.5 in.; min., 3.2 in.
Ranges in use, 1,200.
No. commercial gas arc lamps, 850.
Supplies Columbia.
For Electrical Department, see "reports received too late."

**Greenville Gas & Electric Light & Power Co., Greenville.**

Ills.: Chas. & West.; C., Gr. & Knox.; So.
Ex.: So.

(Controlled by Southern Power Co.)
Capital stock, com., auth., $100,000; issued, $83,500.
Bonds, $250,000; due 1930; int., 5 p. c.
President, Z. V. Taylor.
Secretary and treasurer, E. C. Marshall.

# RHODE ISLAND.

Price gas: Light and Fuel, gross, $1.20; net, $1.10.

No. public lamps, 254; lighted by moonlight schedule.

Price does not include repairs, care, lighting and extinguishing.

Renewal parts, 10,000; heater, 250; water heaters, 144.

No. commercial gas are lamps, 521.

Supplies Pawtucket, Central Falls, Lincoln and Cumberland.

## Providence Gas Co., Providence.

RRs.: N. Y., N. H. & H.; Prov. & Dan., S. Em. P. F. & E. & N.; Sec., Co. Mac. & Min. Trust. & Nav.; R. I. & Nav., Ex.; Ad.; E. & T.; N. Y. & L. E.

Capital stock, $6,000,000, auth.; $4,000,000 issued; annual div., 8 p. c.

President, Amasa M. Eaton.

Treasurer, S. W. Ellis.

Secy. and asst. treas., Arthur J. Short.

Supt. and aud., John W. Ellis.

Process manufacture, Coal and Low.

Mixture supplied, coal, 40 p. c.; water, 33 p. c.

Candle-power, 14.5.

Calorific value, 600 B. t. u.

Max. days send out, 9,000,000 c. f.

Annual sales, approx., 1,500,000,000 c. f.

Gas unaccounted for, 1.9 p. c.

Pop. distr. supplied, 290,000; of city, 220,000.

Consumers, and meters, 36,000.

Price gas: Light and Fuel, gross, 90c.; net, 85c.

Supplies city of Providence and towns of Cranston and East Providence.

## Thornton Gas Co., Thornton.

RRs.: N. Y., N. H. & H.; S. R., Sec. Co. Em. Co.

(Plant owned by William H. King, F. P. Crist-cell, and late chief partner.)

President, Benjamin Sanbury.

Secretary and treasurer, Frank G. Gray.

Dir. agent, Wm. F. King.

Gen'l supt. and manager, Wm. H. King.

Gas purchased from Valley Gas Works Co.

Mineral make, approx., 12'; street main pressure, mics., I in.

Annual sales, estimated, 5,000,000 c. f.

No. consumers, 125.

No. meters, 125.

No. meters, approx., 120; prompt., 5.

Process make, water gas.

President, Wm. Clark.

Treasurer, H. J. Mulcahey.

Supplies Tiverton.

## Westerly Light and Power Co., Westerly.

RR.: N. Y., N. H. & H.; Ex.; Ad.

Capital stock, pref., $200,000; com., $500,000 issued, div. pref., 6 p. c.

Bonds, $_____, due 19—; int. 5 p. c.

President, Wm. Clark.

Secretary and treasurer, H. J. Wilcox.

No. meters, I. H. Markwick.

Supplies Woonsocket, R. I.

## ELECTRICAL DEPARTMENT.

Capital stock, $ ...

System operated: Arc and incand., A. C. $ two-phase.

Generating capacity: Lighting, 600 kw.

Voltage: Arc, 55; incand., 110; power, 550.

No. arc lamps, 22; 400 watt. Price per year, all night schedule.

No. public arcs, 22; 400 watt. Price per year.

No. public incand., 500; 20-40 watt. Price per year, $12.

Commercial lighting: No. arcs, 20; 10c. Incand., 20,000.

Price current per kw. hr., gross, 10c. Direct.

Other lamps, 6 Xerawr and 2,800 Tungsten.

Power circuits: No. motors, 121; price per year.

Output of station, no.: per year, 2,230,000.

Generating power used, Diesel oil engine; cost of water.

Cost of station fuel oil, 55c. per gal.

## Blackstone Valley Gas and Electric Co., Woonsocket.

RR.: N. Y., N. H. & H.; Em.; Ad.; E. & P.

(For multiplication and officers see this company's report under Providence.)

Gas supplied under blch reviewers from Paw-tucket.

Miles of mains, approximate, 41.5.

Street main pressure, mics., 4.12 in.; min., 3 in.

High mains, 3,680.

Max. days send out, 410,000 c. f.

Annual sales, approx., 500,000 c. f.

Gas unaccounted for, 6.2 p. c.

No. consumers and meters, 5,4 p. c.

Price, other, standard, Col. val., 620 B. t. u.

No. consumers, 5,600.

Price gas: Light and Fuel, gross, $1.20; net $1.20; 75c. all over 200,000 c. f.

Renewal parts, 300, 1,500; heaters, 300; water heaters, 300.

Supplies Woonsocket, R. I.

**The candle power of Welsbach Street Lighting units is constantly obtained by reason of having properly designed fixtures for all kinds of manufactured gas, also natural gas, and Welsbach maintenance. See advertisement, page xxxii.**

---

# SOUTH CAROLINA.

Total population (1910 U. S. Census), 1,515,400.

## Anderson Gas Co., Anderson.

RRs.: Char. & West. C.; Blue Ridge; So. Ex.; So.

(Recpt. operations, December, 1912.)

Capital stock, $_____, auth.

President, W. W. Haws (Philadelphia).

Vice-pres., ...

Sec., Gen. George Charles Joakin.

Purchasing agent, W. H. Woans.

Gen. mgr. and supt., W. H. Woans.

Candle-power, 18.

Miles of mains, 2.5; high pressure.

Gas holder capacity, 10,000 c. f.

Pop. distr. supplied, 10,460.

Price gas: Light and Fuel, gross, $1.50; net, $1.00.

Supplies Anderson.

## Charleston Consolidated Railway and Lighting Co., Charleston.

RRs.: A. C. L.; S. Em.; B. & C. Co.; So. So.; Clyde SS.; Sea Isl. Co.; C. SS. Co. Ex.; So.

Capital stock, pref., $3,500,000 auth., $500,-000 issued.

Common, $2,000,000 auth., $1,500,-000 issued.

President, Philip H. Gadsden.

Vice-pres., Edwin H. Webster.

Secretary, W. F. Dornhart.

Treasurer, W. F. Dornhart.

Pur. agent, J. A. Pearson.

Process manufacture, Lowe.

Candle-power, 500.

Animal sales, approx., 134,676,695 c. f.

Miles of mains, approx., 63.

Pop. city supplied, 58,838.

No. consumers, 4,600.

Price gas: Light and Fuel, gross, 20c.; net, 80c.

Public Welsbach lamps, 500; price per year, $.

(Outwork does not include repairs, etc.

No. hours lamp is lighted per year, 4,000.

Renewal parts, 4,801; heaters, 3,117; water heaters, 582.

No. commercial gas are lamps, 770.

Supplies Charleston, n. c.

## ELECTRICAL DEPARTMENT.

System operated: Arc and incand.

St. arcs: incand., 2,300-volt, single phase; power, 2,300-volt, 3 phase, 550-volt D. C.

Generating capacity, 5,000 kw.; d. c.

A. C., 1,500 kw.

Voltage: Arc, all night, 6,000.

Voltage: Arc, 72; series; incand., 110-250.

City lighting contract: Hours lighted per year: Arc, all night.

No. series, 507; 375 watts; price per year, 500.

Commercial lighting: No. arcs, 147; Dis-count, 500 D. Direct.

---

## ELECTRICAL DEPARTMENT.

City lighting contract: Hours lighted per year: Arc and incand., 4,000.

No. lamps arc, 258; 425 watts.

No. public incand., 85; 112 watt; 11, 175 watts; to tower.

Commercial lighting: No. arcs, 13N; No. incand., 20,074.

Price current per kw. hr., gross and net, 10c.

Power circuits: No. motors, 406; price per kw. hr., gross and net; 6c. to 2.5c.; large motors 8c. per kw. hr., plus primary charge.

Output of station, too., per year, 8,471,000.

Generating power used, steam, turbines; 167 kw. steam turbine. (Includes railway generators.)

## Columbia Railway, Gas and Electric Co., Columbia.

RRs.: A. C. L.; Col., New. & Laurens; S. A. L.; S. So.; Em.; R. T.; Col. & Colo. Co.

Capital stock, auth., $3,000,000 issued, $2,-381,000 (2,000,000 com.; $831,000 pref.).

Annual div., pref., 6 p. c.

Bonds, $2,454,000 ( due 19—; int., n. c.

President and treas., E. W. Robertson.

Vice-pres., C. D. Kenny.

New Yak mgr., A. P. McCoy.

Secretary, H. W. Brown.

Process manufacture, Lowe.

Price coke per ton, delivered, $4.50.

Candle-power, 21 to 33.

Calorific value, 550 B. t. u.

Annual output for, 16 p. c.

Price gas: Light and Fuel, net 100 B. t. u.

Max. days send out, 880,000 c. f.

Gas unaccounted for, 11.9 p. c.

Animal sales, approx., 134,600,000 c. f.

Miles of mains, approx., 63.

Pop. city supplied, 26,688.

Street main pressure, max., 4.5 in.; min. 3 in.

No. consumers, 4,600.

Price, standard, 20,000.

Price gas: Light and Fuel, gross, 20c.

Price gas: Light and Fuel, gross, 80c.

Public Welsbach lamps, 500; price per year.

(Outwork does not include repairs, etc.

No. hours lamp is lighted per year, 4,000.

Renewal parts, 4,801; heaters, 3,117; water heaters, 582.

No. commercial gas are lamps, 400.

Supplies Columbia.

## ELECTRICAL DEPARTMENT.

System operated: Arc, D. C. series; incand.

Generating capacity: Power, 10,200.

Voltage: Arc, 72; series; incand., 110-250.

City lighting contract: Hours lighted per year: Arc, all night.

No. series, 507; 375 watts; price per year, 500.

Commercial lighting: No. arcs, 147; Dis-count, 10 p. c.

**THE Welsbach Street Lamp is impervious to insects, dust and draughts, consequently it never fails. See advertisement, page xxxii.**

# RHODE ISLAND.

**Westerly Light and Power Co., Westerly.**

Hll.; N. Y., N. H. & H.   Bx.; Ad.

Capital stock, pref., $200,000; com., $500,000; ann. div. pref., 5 p. c.
Bonds, $375,000; due 1937; int., 5 p. c.
President, Wm. Clark.
Sec'y and treas., F. B. Wilcox.
Asst. treas., Fred Rodell.
Gen. mgr. and pur. agt., H. H. Spellman.
New Iss. mgr., J. H. Spellman.
Superintendent, P. N. Clark.
Process manufacture, Lowe.
Price cost per ton, delivered, $6.50.
Price oil per gal., delivered, n. c.
Candle-power, 20.   Calorific value, 600 B. t. u.
Annual prod., approx., 22,000,000 c. f.
Max. day's send out, 68,000 c. f.
Gas holder capacity, 100,000 c. f.
Holder pressure, max., 6.5 in.
Miles of mains, approx., 18.0.
Street main pressure, max., 6 B. t. u., 8 in.
Annual sales, approx., 18,500,000 c. f.
Gas unaccounted for, 10 p. c.
Pop. dist. supplied, 10,000; of city, 8,000.
Consumers and meters, 1,234.
Price gas: Light and Fuel, gross, $1.50;
    Light, net, $1.25; Fuel, net, $1.20.
Ranges in use, 600 heaters, 65; water heat-
    ers, 123.
No. commercial gas arc lamps, 52.
Supplies Westerly, R. I., and Pawcatuck,
    Conn.   Supplies also The Mystic Power
    Co.

## ELECTRICAL DEPARTMENT.

Capital apportioned to elec. plant, approx., two-thirds.
System operated: Arc and incand., A. C., 2 phase, 60 cycle; power, d. c.
Generating capacity: Lighting, 800 kw.
Voltage: Arcs, 85; incand., 110; power, 550.
City lighting contract: Arc and incand., all night schedule.
No. public arcs, clusters, 23; 600 watt. Price per year, $84.
No. flame arc lamps, 10.   Price per year, $90.
No. public incand., 623; 50-40 watt.   Price per year, $15; 40 watt; $18, 60 watt.
Commercial lighting: No. arcs, 29; No. in-cand., 27,000.
Price current per kw. hr. gross, 10c.   Disc., up to 50 p. c.
Other lamps, 4,500 Tungsten.
Power circuits: No. motors, 121; price per h. p., 6c. to 1.75c.
Output of station, kw. for year, 2,271,000.
Generating power used; Diesel oil engine rated h. p., 2,125.
    (About 80 p. c. of power purchased.)
Cost of station fuel oil, 4c. per gal.

**Blackstone Valley Gas and Electric Co., Woonsocket.**

RR.; N. Y., N. H. & H.   Bx.; Ad.; B. & P.

Operated by Stone & Webster Mgt. Assn.
    (For capitalization and officers see this com-pany's report under Appendix.)
Gas supplied under high pressure from Paw-tucket.

...ncy among gas companies and ...he proper maintenance of gas ...ity.   See advertisement, page

---

# RHODE ISLAND.—SOUTH CAROLINA.    970

Candle-power, 20.   Cal. val., 620 B. t. u.
    Bx.; Sc.
Max. day's send out, 410,000 c. f.
Gas holder capacity, 500,000 c. f.
Miles of mains, approximate, 41.
Street main pressure, max., 4.2 B. t. u., 8 in.
High pressure mains, 12 lbl.; press., 6-15 lbs.
Annual sales, approx., 90,883,700 c. f.
Gas unaccounted for, 5.4 p. c.

**Anderson Gas Co., Anderson.**

Rhs.; Clna. & West. C.; Blue Ridge; So.
    Bx.; Sc.

Capital stock, $100,000.
Bonds, $100,000; due 1942; int., 6 p. c.
President, W. W. Hoss (Philadelphia).
Secretary, W. Charles Jenkins.
Treasurer, H. A. Birch (Waverly, N. Y.).
Purchasing agent, W. B. Wones.
Engineer, W. H. Wones.
Gen. mgr. and supt., W. B. Wones.
New bus. mgr., W. B. Wones.
Process manufacture, Lowe.
Price of coke per ton, delivered, $6.15.
Price of oil per gal., delivered, 6.9c.
Candle-power, 20.
Calorific value, 600 B. t. u.
Annual prod., 10,000,400 c. f.
Max. day's send out, 80,000 c. f.
Gas holder capacity, 50,000 c. f.
Holder pressure, max., 3 in.
Miles of mains, 16 high pressure.
Pressure carried, 25 lbs.
Annual sales, approx., 10,000,000 c. f.
Gas unaccounted for, 5 p. c.
Pop. city, 0,584; of dist. supplied, 10,000.
No. consumers, 550.
No. meters, reg., 350; prepay., 250.
Price gas: Light and Fuel, gross, $1.00; net, $1.50.
No. ranges, 335; heaters, 40; water heaters, 25.
No. commercial gas arc lamps, 112.
Supplies Anderson and suburbs.

**Charleston Consolidated Railway and Lighting Co., Charleston.**

Rhs.; A. C. L.; So.   S. Bx.; B. & O. Co.; So.
    S8.; Clyde SS.; Sea Isl. Co.; C. SS. Co.
    Bx.; Sc.

Capital stock, pref., $1,500,000 auth., $500,-000 issued; com., $3,000,000 auth., $1,500,-000 issued.
President, Philip H. Gadsden.
Vice-President, Wolton Clark, Lewis Lillie.
Vice-pres. and gen. mgr., O. H. Waring.
Secretary, G. W. Current.
Treasurer, James Hall.
Asst. treas., O. H. Benedict.
Pur. agent, J. A. Pearson.
Process manufacture, Lowe.
Candle-power, 20.
Miles of mains, approximate, 67.80.
Annual sales, approx., 212,011,827 c. f.

Pop. dist. supplied, 40,000; of city, 58,125.
No. consumers, 5,600.
No. meters, reg., 5,121; prepay., 2,846.
Price gas: Light and Fuel, gross, $1.50; net $1.00; 75c. all over 500,000 c. f.
Ranges in use, 1,503; heaters, 250; water heaters, 500.
Supplies Woonsocket, R. I.

# SOUTH CAROLINA.

**Total population (1910 U. S. Census), 1,515,400.**

Pop. city supplied, 58,833.
No. consumers, 6,929.
No. meters, reg., 6,009; prepay., 200.
Price gas: Light and Fuel, $1.10.
Public Welsbach lamps, 600; price per year, $18.
Contract does not include repairs, etc.
No. hours lamp is lighted per year, 4,000.
Ranges in use, 5,857; heaters, 4,847; water heaters, 1,122.
No. commercial gas arc lamps, 1,120.
Supplies Charleston, S. C.

## ELECTRICAL DEPARTMENT.

System operated: Arc, 6.6 amp., A. C. series St. arcs; incand., 2,300-volt, single phase; power, 2,300-volt, 3 phase, 500-volt D. C.
Generating capacity: City station, 5,000 kw., A. C., 1,800 kw. D. C. in m. g. sets (in-cludes railway capacity).
Voltage: Arc, series; 2,500 prim.; 110-220 sec.; 500 D. C.
City lighting contract: Hours lighted per year: Arc and incand., 4,000.
No. public arcs, 849; 425 watts.
No. public incand., 11, 75 watts.
Commercial lighting: No. arcs, 41; No. in-cand., 21,587.
Price current per kw. hr., gross and net, 10c. to 4c.
Power circuits: No. motors, 507; price per kw. hr., gross and net, 6c. to 2.6c.; large power, 8c. to 1c. per kw. hr., plus pri-mary charge.
Output of station, kw. for year, 9,377,188.
Generating power used, 5,000 kw. steam tur-bines; 975 kw. steam engines (includes railway generators).

**Chester City Gas Co., Chester.**

Rhs.; Car. & No. W.; Lancaster & Chester; S. A. L.; So.   Bx.; So.

(Under construction.)
Controlled by International Gas & Electric Co.
Capital stock, $500,000
President, C. Hudmann.
Sec'y and treas., A. H. Nissley.
General manager, F. H. Hickok.
Engineer, J. D. Rhuttuck.
Superintendent, W. J. Lowe.
Auditor and pur. agent, Horace Beeson.
Process manufacture, Lowe.

---

**The Welsbach Street Lighting Co. of America is in a posi-
tion to render competent service at the lowest price compatible
with satisfactory results.   See advertisement, page xxxii.**

## SOUTH CAROLINA.

**Chester City Gas Co., Chester.**

(Company out of existence; franchise forfeited.)

**Columbia Gas Light Co., Columbia.**
Rlts.: A. O. I; bO., Nov. & Taurens; S. A. L.; 80. B. Ba., N. Y.; Col. & Geo. Co.

Controlled by Columbia Railway Gas & Electric Co.
(For capitalization, bonds, etc., see Appendix.)
President and treas., B. W. Robertson.
Secretary, H. Charlton Wright.
Gen. mgr. and pur. agent, Alfred Wallace.
New bus. mgr., S. W. Brown.
Superintendent, S. W. Brown.
Process manufacture, Lowe.
Price coke per ton, delivered, $4.50.
Price oil per foot, delivered, 4.85c.
Candle-power, 21; calorific value, 575 B. t. u.
Annual production, 72,000,000 c. f.
Max. day's send out, 360,000 c. f.
Total gas holder capacity, 810,000 c. f.
Holder pressure, 4.5 in.
Miles of mains, approx., 40.5.
Street main pressures, max., 4.5 in.; min., 8 in.
Annual sales, approx., 54,715,000 c. f.
Gas unaccounted for, 23 p. c.
Pop. city, 26,319 (1910) dist. supplied, 32,000.
No. consumers, 2,418.
No. meters, reg., 1,000; prepay, 219.
Price gas: Sliding scale, $1.50 to $1 net; 1st 7,500, $1.50; next 1 M., $1.40; next 7,500, $1.30; next 16 M., $1.20; next 25 M., $1.25; next 25 M., $1.20; next 25 M., $1.15; all over 100 M., $1.10. Disc., 10c., 10 days. Min. bill, 60c.
Ranges in use, 3,800; heaters, 600; water heaters, 600.
No. commercial gas arc lamps, 400.
Supplies Columbia.

**Florence Gas Co., Florence.**
RR.: A. C. L.  Ex.: So.

Capital stock, auth., $100,000; issued, $75,000.
President, J. T. Barringer, Jr.
Secy. and treas., W. J. Brown.
Gen. mgr. and pur. agt., J. T. Barringer, Jr.
Engineer, John Richter, Sr.
Process manufacture, Lowe (Logan).
Price coke per ton, delivered, $4.55.
Price oil per gallon, delivered, 5.25c.
Candle-power, 18.
Calorific value, 600 B. t. u.
Gas holder capacity, 50,000 c. f.
Max. day's send out, 50,000 c. f.
High-pressure mains, 18 miles; pressure, 7 lbs.
Annual sales, approx., 12,000,000 c. f.
Gas unaccounted for, 16 p. c.
Population of city supplied, 7,057.
No. consumers, 410.
No. meters, reg., 351, prepay, 150.
Price gas: Light, gross, $3; net, $1.50 for 1st 10,000 c. f.; next 10,000 c. f., $1.30 net.
Gas appliances in use: Ranges, 401; heaters, 150; water heaters, 120.
No. commercial gas arc lamps in use, 76.
Supplies Florence.

### Charleston Consolidated Railway and Lighting Co., Charleston.
Rlts.: A. C. L.; So. I; B. A. R. I; Car. & W.; S. Ila.; II. & C. Co.; Clyde SS.; Sea Isl. Co.; Cl. RR. Co.; Plttb. & N. O.; So. Transf.; A. I; Luckenbach; Groves; United Fruit Line.  Ex.: So.

Capital stock, pref., $1,500,000 auth., $800,000 issued; com., $9,000,000 auth., $1,800,000 issued.
President, Philip H. Gadsden.
Vice-Presidents, Walton Clark, Lewis Lillie.
Vice-pres. and gen. supt., G. H. Waring.
Secretary, O. W. Curran.
Treasurer, James Ball.
Asst. Treas., O. M. Benedict.
Pur. agent, J. A. Pearson.
Process manufacturer, Lowe.
Candle-power, 20.
Miles of mains, approximate, 61.85.
Annual sales, approx., 204,925,102 c. f.
Pop. city supplied, 60,088.
No. consumers, 7,000.
No. meters, reg., 6,517; prepay, 608.
Price gas: Light and Fuel, $1.10.
Public Welsbach lamps, 607.
No; hours; lamp is lighted per year, 4,385.
Ranges in use, 3,401; heaters, 4,826; water heaters, 1,378.
No. commercial gas arc lamps, 3,170.
Supplies Charleston, S. C.

#### ELECTRICAL DEPARTMENT.
System operated: Arc, 3.6 amp.; A. C. series St. arcs; Incand., 2,300-volt, single phase; power, 2,300-volt, 3 phase, 550-volt Transf.; also 9,000-volt, 3 phase.
Generating capacity: City station, 5,000 kw., A. C., 1,900 kw. D. C. in ca. & sale (includes railway capacity).
Voltage: Arcs, series; 2,300 prim.; 110-220 sec.; 500 D. C.
City lighting contract: Hours lighted per year and up and incand., 4,000.
No. public arcs 388, 428 watts; 28, 316 watts.
No. public incand., 11, 40 watts.
Commercial lighting: No. arcs, 24; No. series incand., 11; No. incand., 58,500.
Price current per kw. hr. gross and net, 10c. to 4c.
Power circuits: No. motors, 404; price per kw. hr. gross and net, 6c. to 2.5c.; large power, 5c. to 1c. per kw. hr. plus primary charge.
Output of station, kw. for year, 10,587,748.
Generating power used, 6,000 kw. steam turbines (includes railway generators).

---

**Georgetown Gas and Electric Co., Georgetown.**
(Company out of existence; franchise forfeited.)

**Southern Public Utilities Co., Greenville.**
RRs.: Chas. & West. I; O., Gr. & Knox.; So. P. & N. RR. R.  Ex.: So.

(Successor to Greenville Gas & Elec. Light & Power Co.)
(Controlled by Southern Power Co.)
For capitalization and bonds, see Appendix.
President, E. V. Taylor.
Secretary and treasurer, E. C. Marshall.
Branch mgr., Jas. McCabe.
Superintendent, W. H. Hewston.
Pur. agent, Mill Power Supply Co.
Process manufacture, Lowe.
Price oil per gal., delivered, 7.5c.
Candle-power, 22.
Max day's send out, 100,000 c. f.
Gas holder capacity, 195,000 c. f.
Miles of mains, approximate, 42.
Street main pressures, max., 3.5 in.; min., 2.5 in.
Annual sales, approx., 23,000,000 c. f.
Gas unaccounted for, 23 p. c.
Pop. city, 15,741 (1910); dist. supplied, 18,000.
No. meters, reg., 1,000; prepay., 600.
Price gas: Light and Fuel, gross $1.35; net $1.20.
No. ranges, 1,700; heaters, 135; water heaters, 200.
Supplies Greenville and vicinity.

#### ELECTRICAL DEPARTMENT.
System operated: Arcs, 4 amp. mag.; power, 3 phase, 60 cycles.
Voltage: power, 220.
City lighting contract: Hours lighted per year: Arc, 4,000.
No. public arcs, 252. Price per year, $60.
Commercial lighting: No. incand., 500.
Price current per kw. hr., gross 5c.
Power circuits: No. motors, 152.
Output of station, kw. hr. for year, 6,000,000.
Generating power used: Water.
Power purchased from Southern Power Co.

**Rock Hill Gas Co., Rock Hill.**
RR.: So.  Ex.: So.

General office, 1142 Real Estate Trust Bldg.
Capital stock, $80,000.
Bonds, $80,000; due 1913; interest, 6 p. c.
President, John D. Shattuck.
Secy and treas., E. C. Worrell.
Pur. agent, F. D. Wharton.
Engineer, S. H. Wharton.
Superintendent, E. R. Guard.
New bus. mgr., E. H. Guard.
Process manufacture, Lowe.
Annual production, 6,700,000 c. f.
Gas holder capacity, 20,000 c. f.
Holder pressure, 3.4 in.
Max. day's send out, 25,000 c. f.
Miles of mains, approximate, 12.

---

**Street main pressures, max., 3.4 in.; min., 2 in.**
Annual sales, approx., 9,000,000 c. f.
Gas unaccounted for, 11.5 p. c.
Pop. of city, 7,216; of dist. supplied, 8,000.
No. consumers, 480.
No. meters, reg., 200; prepay., 250.
Price of gas: Light and Fuel, gross and net, $1.50 to $1.
No. ranges, 250; heaters, 150; water heaters, 50.
No. commercial gas arc lamps, 100.
Supplies Rock Hill.

**South Carolina Light, Power and Railway Co., Anderson.**
RRs.: Blue Ridge, Chas. & West. Cars., Ollochfield & O.  Ex.: So.

(For capitalization bonds, etc., see Appendix.)
President, P. G. Gossler.
Vice-pres., B. H. Knox.
Secretary and treasurer, F. B. Lasher.
General mgr., E. H. Knox.
Supt. and new bus. mgr., Alex. Wynne.
Process manufacture, Coal.
Price coal per ton, delivered, $4.55.
Candle-power, 17; calorific value, 625 B. t. u.
Annual production, 27,000,000 c. f.
Gas holder capacity, 50,000 c. f.
Holder pressure, max., 3.8 in.
Miles of mains, 10.
Street main pressures, max., 3.8 in.; min., 2 in.
Max. day's send out, 50,000 c. f.
Annual sales, approx., 90,000,000 c. f.
Gas unaccounted for, 10 p. c.
Pop. city, 17,517; dist. supplied, 8,000.
No. consumers, 928.
No. meters, reg., 401; prepay., 515.
Price gas: Light and Fuel, $1.50. Disc. 5 to 20 p. c.
Ranges in use, 625; heaters, 275; water arcs, 425.
No. commercial gas arc lamps, 225.
Supplies Spartanburg.

#### ELECTRICAL DEPARTMENT.
System operated: Arc, D. O. mul. series current A. O. I; power, A. C., 8 phase cycle.
Station generating capacity, 10,000 h. p.
Voltage: Arcs, series; A. C., power. 110-220-2 200.
City lighting contract: Hours lighted per year, 4,160.
No. public arcs, 820; 4 amp. mag. Price per year, 868.
No. public incand., 512; 16 watt. Price per year, 2c. kw.
Commercial lighting: Price per kw. hr., 20c.-10c., 10 to 60 p. c. Domestic rates.
Power circuits: No. motors, 160; price per hr., 1.5c. to 3.95c. Disc., 10 p. c.
Other uses: Automobile charging sets (first), 4c. per kw. hr.
Output of stations, kw./hr. for year, 28,124,000.
Generating power used: Water and hydro rated 10,000 h. p.
Cost of station boiler coal per ton, $2.05.

---

**EMINENT DOMAIN** Extensions of mains, rights of way, consents of Commissions and property owners. You can keep yourself fully informed by using OFFICIAL PUBLIC SERVICE REPORTS, 74 Broadway, New York



**DISCRIMINATION** is prices charged utilities for oil coal, as well as discrimination in utilities in service and rates and the power of commissions to regulate and control discrimination, can best be studied in OFFICIAL PUBLIC SERVICE REPORTS, 74 Broadway, New

# SOUTH CAROLINA

# RHODE ISLAND—SOUTH CAROLINA

## SOUTH CAROLINA

Total population, 1,634,340.

Anderson Gas and Utilities Co., Anderson.

**MESTA MACHINE COMPANY**

You can increase the efficiency of your compression by replacing your old valves with MESTA AUTOMATIC PLATE VALVES (Everson Patent). Write for Bulletin "D".

PITTSBURGH, PA.

**USALYTE MAN**

are all that money and science can produce—

J. I. ROBIN, 125th St. and Park Ave.,

## MANUFACTURED GAS, CITY PLANTS—continued

### RHODE ISLAND—continued

### SOUTH CAROLINA

Continued on next page

## MANUFACTURED GAS, CITY PLANTS

630    South Carolina

MANUFACTURED GAS, CITY PLANTS

## RHODE ISLAND — continued

**Blackstone Valley Gas and Electric Co., Woonsocket Division, Woonsocket** — continued

Voltage, com. service: Incand., 110-220; power, 110-220-550.

Miles of overhead wires, 2,432; underground cables, 3.5 miles.

City lighting contract; Hours lighted per year, arcs and incand., 4,000.

No. public incand., 332-1,000 c. p., at 131 per year; 333-600 c. p., at $60; 292-100 c. p., at $51; 2,527-100 c. p. at $29.49; 16-250 c. p., at $36, 230-60 c. p. at $16.20; 8-40 watt and 32-76 watt.

Commercial lighting: No. arcs, 9; incand., 28,330.51 kw.

Price com. current, net 3 to 5c. Price, domes., current per kw. hr., gross: Pawtucket and Woonsocket, 10.5c; discounts, 5½c per kw. hr.

Power circuits: Motors, 44,238 kw. Power current price per kw. hr., 11c to 7c; disc., 5%, 10 days. In addition, demand rate at Pawtucket, $3 to 80c per kw. per mo., plus 3.6c to .6c per kw. hr. with discount, 5% on first $100, and 1% on balance of bill; depends on size of load, and load factor. Woonsocket, same, except current charge is 3.6c to .6c per kw. hr.

Other uses: Supplies street railway in Woonsocket and Union Ll. & Power Co. and Pascoag Fire District.

Output of stations, kw. hrs. for year, 121,941,241 (generated and purchased).

Generating power used, Steam and Water, rated, 51,510 hp.

## SOUTH CAROLINA

### ANDERSON

**Anderson Gas and Utilities Co., Anderson.**

RRs.: Chas. & West. C.; Blue Ridge; So. and P. & N.

Capital stock, $100,000.

Bonds, $25,000; due, 1948; int., 6%.

Pres., E. R. Horton.

Sec'y, E. R. Horton Jr.

Treas., E. R. Horton.

Gen. mgr. and engr., E. R. Horton, Jr.

Process manufacture, Lowe.

Price of coke per ton, delivered, $8 to $10.

Price of oil per gal., delivered, 7.3c.

Candle-power, 22.

Calorific value, 600 B. t. u.

Annual production, 26,470,000 cu. ft.

Gas holder capacity, 60,000 cu. ft., and 1 pressure tank, 20,000 cu. ft.

Holder pressure, max., 3.5 in.

Max. day's send-out, 100,000 cu. ft.

Miles of mains, 18, high pressure.

Pressure carried, max., 10 lbs.1 min., 3 lbs., aver., 6 lbs.

Annual sales, approximate, 19,870,000 cu. ft.

Gas unaccounted for 22%.

Pop. city, est., 18,000; pop. of dist. supplied, 6,000.

No. consumers, 760.

No. meters, reg., 650; prepay., 101.

Price gas: Light and Fuel, gross, first 6,000 cu. ft., $2.20; second 6,000 cu. ft., $2.16; all over 10,000 cu. ft. $1.50 per 1,000. Discount, 10% ten day.

No. ranges, 834; heaters, 150; water heaters, 176.

No. commercial gas arc lamps, 16.

Supplies Anderson and suburbs.

### CHARLESTON

**Charleston Consolidated Railway and Lighting Co., Charleston.**

RRs.: A. C. L.; So.; S. A. L.; Car. & W. E. Ry.; B. & C. C.; Clyde S.S.; Bos. Ini. Co.; C. SS. Co.; Phila. & N. O.; So. Transf.; Am.-H.; Luckenbach; Crare; United Fruit Line.

(Leased from Charleston Consolidated Railway, Gas & Elec. Co. for 99 years from 1910.)

### COLUMBIA

**The Columbia Gas Light Co., Columbia.**

RRs.: A. C. L.; Col., New. & Laurens; S. A. L.; So. & So.1 N. Y.; Col. & Geo. Co.

Controlled by Columbia Railway, Gas & Electric Co.

(For capitalization, bonds, etc., see Financial Report.)

Pres., W. B. Barstow.

Sec'y, C. N. Wilson

Controlled by United Gas Impt. Co., Philadelphia, Pa.

Capital stock, pfd., auth., $1,500,000; issued, $600,000; com., auth., $3,000,000; issued, $1,000,000.

Pres., P. H. Gadsden, Phila., Pa.

Vice-pres., Stuart Cooper.

Sec'y, G. W. Curran, Phila., Pa.

Engr., L. W. Morris, Phila., Pa.

Gen. mgr., S. Cooper.

Commercial act., J. P. Connolly.

Engr. gas dept., E. C. Hill.

Engr. el. dept., E. L. Godshalk.

Pur. act., J. A. Parrson, Phila., Pa.

Process of manufacture, Lowe (3-7 ft. 6 in.) carburetter gas sets.)

Gas oil used, 1,157,700 gals.

Annual production, water gas, 384,-762,000 cu. ft.

By-products made: Tar, 240,670 gals.

Price of fuel per ton, delivered, coke, $11.08; coal, 6.36c; oil per gal., 4.82c.

Calorific value, stand., 540 B.t.u. av.

543 B. t. u.

Gas holder capacity, 925,000 cu. ft.1 holder pressure, max., 7 inches.

Power plant rate, 375 h. p.

Street mains, 74.26 miles; pressures, max., 3 in.; min. 3 in.

Booster mains, 3.76 miles; pressure, up to 5 lbs.

No. of services in the ground, 9,267; av. diam., 1.25 in.

Max. day's send-out, 2,380,000 cu. ft.; proper, high press., 76%.

Annual sales, 317,382,600 cu. ft.

Sales divided: Illum., 76.08%; street lighting, 1.04%; indus., 12.08%.

Gas unaccounted for, 12.04%.

By-products sold: Tar, 240,670 gals.

Pop. of city, 67,967; pop. of dist. supplied, 70,000.

No. consumers, 6,476; indus., 1,000.

No. meters, reg., 7,603; prepay., 353.

Price of gas: Light and Fuel, net $1.56; min. bill, 600 per meter per month.

No. public Welsbach lamps, 380; price per lamp per year, $14.26.

Price does not include repairs, care, lighting and extinguishing.

No. of hours each lamp is lighted per year, 4,000. Av. consumption per lamp, 3-7 cu. ft.

Ranges in use, 9,380; heaters, 10,357; water-heaters, miscel., 2,016; incinerators, 2.

No. commercial gas arc lamps in use, $76.

Supplies Charleston.

#### Electrical Department

System operated: Incand., A. C., 60 cycle, single phase; power, single phase A. C. and 550 v. D. C.

Generating capacity: Total, 12,500 kva.

Voltage: Arcs, series, 9.6 amp. Light incand., 110-2300; power, 220-440-550-2200-3200-4500-13,200.

Miles of overhead wires, 266.33.

City lighting contract: Hours lighted per year arc (all night), 4,000; incand., 1,563 hrs. (half night).

No. public series incand., 730-330 watt; price per year, $54.

No. public incand., 128-240 watt; price per year, $44 (all night); $20 (half night).

Commercial lighting: No. incand., 27.

Price current per kw. hr., net, city, 10c to 4c. Min. bill, 600 per mo. per meter.

Suburban rate, net, 12c to 6c. Min. bill, $1 per meter per month.

Power: No. motors, 1,035, price per kw. hr.: Demand charge, $2.00 1st 25 kw.; $1.50 all over. Plus energy, 3c. to 13c.

Output of station, kw. hrs. for year, 23,063,344.

Generating power used, Steam) rated hp., 4,880.

Cost of station boiler coal per ton, $5.10.

Treas., J. P. Campbell.

Pur. agt., E. G. Nicols.

Pur. agt., E. G. Nicols1 asst., H. O. Britt.

Sales mgr. and supt., H. O. Britt.

Process manufacture, Coal and Lowe.

Coal carbonized, 10,219 tons; gas oil used, 258,649 gals.

Annual production, coal gas, 120,464,-000 cu. ft.; water gas, 84,119,000 cu. ft.

By-products made and sold: Coke, 7,119 tons; tar, 146,363 gals.

Calorific value, 560 B. t. u.

Price of coal per ton, delivered, $5.60; oil per gal., 8.44c.

Total gas holder capacity, 860,000 cu. ft.

Holder pressure, 4 in.

Steam plant, rated, 237 hp.

Max. day's send-out, 913,000 cu. ft.

Miles of mains, approx., 60.

Street main pressures, max., 5 in.; min., 3 in.

High pressure mains, 3 miles; pressure, 7 lbs.

No. services, 4,033; av. diam., 1.25 in.

Annual sales, 194,161,600 cu. ft.

Sales divided: Dom., 95%1 indus., 5%.

Gas unaccounted for 0.41%.

Pop. city, 37,524; pop. dist. supplied, the same.

No. consumers and meters, 4,172.

Price of gas: Sliding scale. First 10,000 cu. ft., net, $1.50; next $0,-000 net, $1.46; over 30,000 cu. ft., net, $1.40; min. bill, 50c net. Ten cents added after 10th of month.

Ranges in use, 5,000; heaters, 1,125; water-heaters, 1,320.

No. commercial gas arc lamps, 260.

Supplies Columbia.

### FLORENCE

**Florence Gas and Fuel Co., Florence.**

RR.: A. C. L.

Capital stock, auth., $72,000; issued, $73,000.

Bonds, $36,000; due, 1925; int., 6%.

Pres., M. D. Lucas.

Sec'y and Treas., S. W. Brown.

Gen. mgr. and pur. agt., S. W. Brown.

Supt. and engr., S. W. Brown.

Sales mgr., S. W. Brown.

Process of manufacture, Carburetted Water Gas.

Annual production, 29,000,000 cu. ft.

Av. price per ton, deliv., coke, $9; oil per gal., 7½c.

By-products made: Tar, 9,000 gals.

Calorific value, standard., 640 B. t. u.

Gas holder capacity, 80,000 cu. ft.

Steam plant rated, 90 h. p.

High pressure mains, 21 miles; pressure, 9 lbs.

No. of services in the ground, 1,100; av. diam., ¾ in.

Max. day's send-out, 100,000 cu. ft.

Annual sales, 25,000,000 cu. ft.

Gas unaccounted for, 15%.

By-products sold: Tar, 9,000 gals.

Pop. of city, 11,000; dist. supplied, 9,000.

No. consumers, dom., 381.

No. meters, dom., reg., 660; prepay., 221.

Price gas: Light and fuel, gross, $2.15; min. bill, 50c.

Ranges in use, 730; cookers and hot plates, 140; heaters, 660; water-heaters, circ., 200; auto., 80.

Supplies Florence.

### GREENVILLE

**Southern Public Utilities Co., Greenville.**

RRs.: Chas. & West.; C., Gr. & Knox.; So. P. & N. R. R.

General office, Charlotte, N. C.

For capitalization and bonds, see Financial Report.

Pres., E. C. Marshall.

Sec'y, W. C. Parker.

Treas., D. G. Calder.

Engr., S. L. Duckett.

Branch mgr., W. R. Ellis, Jr.

Supt., H. E. McDonald.

Pur. agt., Mill Power Supply Co.

Sales mgr., H. E. McDonald.

Process manufacture, Lowe.

Coal carbonized, 3,288 tons; gas oil used, 105,451 gals.

Annual prod., coal gas, 101,385,164 cu. ft.; water-gas, 30,046,890 cu. ft.

By-products made: Coke, 6,400 tons; tar, 55,140 gals.

Price of coal per ton, del'd, $5.85; coke, $5.00; oil, per gal., 12c.

610    Rhode Island—South Carolina                    MANUFACTURED GAS, CITY PLANTS

## RHODE ISLAND—continued

**South County Public Service Co. Westerly, R. I.—continued**

Calorific value, 523 B. t. u.
Annual production, approx. 58,257,000 cu. ft.
Gas holder capacity, 100,000 cu. ft. main holder; 10,000 cu. ft. relief holder.
Steam mains rated, 100 lbs.
Miles of mains, approx. 14 miles.
Street main pressure, max., 5.5 in. l min., 4 in.
No. services in the ground, 1,620; av. diam., 5 in.
Max. day's send-out, 149,600 cu. ft.
Annual sales, approx. 53,363,400 cu. ft.
Mains divided: Dom. 90%; Indus. 10%.
By-products sold: Tar, 14,800 gals.
Pop. city, est. 11,177; dist. supplied, 9,500.
No. coin-meters, dom., 1,320; Indus., 78.
No. motors, dom., reg., 1,041; prepay, 48.
No. motors Indus., reg., 74.
Price above tariff and fuel, $1.41 (Coal change); service charge, 65c per month.
Ratings in use, 729; cookers and hot plates, 421; heaters, 491; water-heaters, etc., 448; auto., 98.
Company supplies territory with electricity.

**WOONSOCKET**

**Blackstone Valley Gas and Electric Co. Woonsocket Division, Woonsocket.**
RR: N. Y., N. H. & H.

(For capitalization, see Company's report in Holding section.)
Pres. David Duffy, Pawtucket, R. I.
Sec'y, William W. Crawford, Boston, Mass.
Exec. mgrs., Stone & Webster, Inc., Boston, Mass.
Local mgrs., Pawtucket Div., H. C. Brooks, Woonsocket Div., W. L. Weston; R. I. Milliken, mgd. mgr. of Woonsocket Div.
Chf. eng'r., A. E. Sturtevant.
Supt., C. L. O'Loughlin.
Sales mgr. and home service dir., Roger A. Gordon.
Pur. agt., C. B. Conkey.
Indus. service engr., F. K. Simmons.
Gas supplied under high pressure from Pawtucket Div. plant.
Gas purchased, 315,625,000 cu. ft.
Calorific value, 533 B. t. u.
Gas holder capacity, 607,000 cu. ft.
Street mains, 80.69 miles; pressures, av. 4.5 in.
High pressure mains, 2.7 miles; pressure, 3.5 to 10 lbs.
No. services in the ground, 7,310; av. diam., 1½ in.
Max. day's send-out, 1,149,500 cu. ft.
Annual sales, approx. 210,918,480 cu. ft.
Sales divided:    Dom., 93.85%; Indus., 1.3%; other Gas Co., 5%.
Gas unaccounted for, 0.9%.
Pop. of city, 49,441; pop. of dist. supplied, 63,146.
No. commercial dom., 19,364; Indus., 48.
No. motors, dom. and Indus., reg., 10,537; prepay, 315.
Price of gas: Light and Fuel, gross, first 4,000 cu. ft. per month, $1.30 per M; next 10,000 cu. ft. per month, $1.20 per M; next 10,000, $1.10; next 100,000, $1.00; over 900,000 cu. ft. per 650,000, $1.00; over 650,000 cu. ft. per 10,000, 95c; all over 7,000 cu. ft. if paid within 10 days from date of bill. Service charge, 85c per meter per month.
Ratings in use, 8,101; cookers and hot plates, 1,981; water-heaters, 1,114.
No. house-heating installations: Hot water, 14 steam, 44; hot air, 8.
No. commercial gas ranges, 124.
Supplies Woonsocket, Union Village and Waterford.
Electrical department operated under the name of Blackstone Valley Gas & Electric Co., Pawtucket and Woonsocket Divisions.

## SOUTH CAROLINA

**ANDERSON**

**Anderson Gas and Utilities Co., Anderson.**
RR: Chas. & West. C.; Blue Ridge;
No. and P. & N.

New York office, 122 Greenwich St.
Bonds, $51,500; due, 1946; int., 6%.
Pres., Alfred P. Phillips.
Vice-Pres., D. H. Dill, Jr.
Sec'y, H. L. Oakley.
Treas., A. C. Howard.
Process manufacture, Lowe.
Price of coke per ton, delivered, $5 to $7.50.
Calorific power, 54.
Annual production, 22,900,000 cu. ft.
Gas holder capacity, 50,000 cu. ft.
Max. day's send-out, 100,000 cu. ft.
Miles of mains, 21 high pressure.
Pressure carried, aver., 2½ oz.
Motors, average, approximate, 20,540,000 cu. ft.
Gas unaccounted for, 5%.
Pop. city, est. 12,700; pop. of dist. supplied, 8,000.
No. consumers, 739.
No. motors, reg., 1,601 prepay, 130.
By-products made: Coke, 165 tons, gross, first 5,000 cu. ft. $2.00; second 5,000, $1.75; all over 10,000 used, $1.50; $1.50 per 1,000.
Discount, 10c per 1,000 cu. ft.—10 days.
No. ranges, 7201 heaters, 1601 water-heaters, 116.
Supplies Anderson and suburbs.

**CHARLESTON**

**Charleston Consolidated Railway and Lighting Co., Charleston.**
RR: I. & O. L.; So.; A. & I.; Car; & W. G. R.; B. E. & C. Co.; Clyde S. S.; Sea Isl. Co. (S. C.); Phila. & W. Co.; So. Transp.; Atl. C. L.; L. & Luckenbach; Ocean; United Fruit Lines.

(Leased from Charleston Consolidated Railway, Gas & Elec. Co. for 49 years from 1912.)
Controlled by United Gas Impt. Co. Philadelphia, Pa.
Capital stock, pref., auth., $1,500,000; issued, $696,000; com., auth., 5%, 696,000; issued, $1,500,000.
Pres., F. H. Gadsden, Phila., Pa.
Vice-Pres., Bunn. Cooper, Lewis Little, J. P. Hutchins.
Sec'y, G. W. Curran, Phila., Pa.
Treas., L. W. Storrs, Phila., Pa.
Gen. mgr., R. Cooper.
Sales mgr., J. F. Connelly.
Asst. gas dept., R. C. Dill.
Engr. el. dept., L. C. Godshall.
Pur. agt., J. A. Pierson, Phila., Pa.
Process of manufacture, Lowe (½ ft. 1; 1 carburetor gas sets).
Generator fuel, 2,500 tons.
Gas oil used, 2,064,600 gals.
Annual production, water gas, 347,142,000 cu. ft.
Average calorific value, 542.
Price of fuel per ton, delivered coal $5.15; oil per gal., 2.44c.
Calorific value, water, 620 B. t. u.; av., 611 B. t. u.
Gas holder capacity, 955,000 cu. ft.
Av. gravity of gas distributed, .57.
Power station load, 216 lbs.
Street mains, 81.52 miles; pressure, av. 1.5 in.
Booster mains, 2.72 miles; pressure, up to 5 lbs.
No. of services in the ground, 9,653; av. diam., 1.13 in.
Max. day's send-out, 2,155,000 cu. ft.; in winter, 286c.
By-products made: Street lighting, 1,652c; Indus., 2½%.
By-products sold: Tar, 108,913 gals.
No. consumers, 8,983; prepay, 315.
No. coin-meters, 6,442; Indus., 1,311.
No. motors, reg., 6,928; prepay, 316.
Price of gas: Light and Fuel, net 1st $8,000 cu. ft., $1.55 per 1,000 cu. ft.; over 8,000 cu. ft., $1.45c; first 100,000, $1.15. Max. day's send-out, 100,000 cu. ft.
Gas unaccounted for, 5%.
Pop. of city, 82,000; dist. supplied, 9,000.

No. public Weisbach lamps, 2811 price per lamp per year, $10.21.
Price includes repairs, care, lighting and extinguishing.
No. of hours each lamp is lighted per year, 4,050. Av. consumption per lamp, 3½ cu. ft.
Range in use, 12,2801 heaters, 10,5601 water-heaters, auto., 396; storage, 584; Indus., fuel incineration, 2.
No. commercial gas arc lamps in use, 500.
Supplies Charleston.
Company supplies territory with electricity.

**COLUMBIA**

**Broad River Power Co. Columbia.** (Successor to the Columbia Gas Light Co.)
RR: A. C. L.; Col., New. & Laurens;
Sll. A. L.; So. & Sea.; N. & W.; Col. &
Gro. Co.

Controlled by General Gas & Electric Corporation.
Pres., N. N. Barston.
Vice-Presidents, L. B. Tynes, Wm. Buchanan and H. L. Doherman.
Treas., J. T. Campbell.
Gen. mgr., R. C. Lewis.
Par. agt., E. O. Nicols.
Sales mgr. and supt., H. O. Light.
Process manufacture, Coal and Lowe.
Coal carbonized, 12,960 tons; coke sold, 112,427 tons.
Annual production, coal gas, 118,251 cu. ft.; oil water gas, 103,12,000 cu. ft.
By-products made and sold: Coke, 7,212 tons; tar, 114,489 gals.
Calorific value, 510 B. t. u.
Total gas holder capacity, 880,000 cu. ft.
Steam plant rated, 218 lbs.
Max. day's send-out, 814,000 cu. ft.
Miles of mains, approx. 61.
Street main pressures, max., 8 in.; min., 3 in.
High pressure mains, 3 miles; pressure, 3 lbs.
No. services, 5,312; av. diam., 1.26 in.
Annual sales, 154,741,300 cu. ft.
Sales divided: Dom., 28%; Indus., 6%.
Gas unaccounted for, 7.31%.
Pop. city, 32,521; pop. dist. supplied, the same.
No. consumers and motors, 4,733.
Price of gas: Sliding scale, first 10,000 cu. ft., net, $1.50; next 15,600 net, $1.45; over 30,000 cu. ft., net, $1.10; min. bill, 50c net. Ten cents added after 10th of month.
Ranges in use, 4,680; heaters, 1,200; water-heaters, 1,000.
No. commercial gas arc lamps, 150.
Supplies Columbia.

**FLORENCE**

**Florence Gas and Fuel Co., Florence.**
RR: A. C. L.

Capital stock, auth., $100,000; issued, $12,000.
Bonds, $22,000; due, 1946; int., 6%.
Pres., M. D. Lucas.
Sec'y and treas., L. W. Brown.
Gen. mgr. and per. agt., L. W. Brown.
Supt. and engr., L. W. Brown.
Sales mgr., J. I. Tingen.
Process of manufacture, Carburetted Water Gas.
Gen. oil used, 30,000 gals.
Annual production, 30,600,000 cu. ft.
Av. price per ton, deliv., coal, $4.51; coke, $4.25; oil per gal., 2½c.
By-products made: Tar, 9,000 gals.
Calorific value, standard, 520 B. t. u.
Gas holder capacity, 55,000 cu. ft.
Steam plant rated, 90 lb. p.
High pressure mains, 21 miles; pressure, 6 lbs.
No. of services in the ground, 1,146; av. diam., 34 in.
Max. day's send-out, 100,000 cu. ft.
Annual sales, 23,900,000 cu. ft.
Gas unaccounted for, 10%.
Pop. of city, 12,000; dist. supplied, 9,000.

MANUFACTURED GAS,

## SOUTH CAROLINA—con

**Florence Gas and Fuel Co.—continued**
No. consumers, dom., 980.
Price gas: Light and fuel, gross, $1.50.
Ranges in use, 720; cookers, 521; heaters, etc., 569; auto., 96.
Supplies Florence.

**GREENVILLE**

**Southern Public Utilities Co., Greenville.**
RR: Chas. & West.; G., Or.
& P.; & N. R. R.

(General office, Charlotte, N. C.)
Pres., D. G. Maxwell.
Sec'y, W. D. Parkin.
Treas., D. G. Calder.
Engr., J. B. McKeldin.
Branch mgr., W. L. Ellis, Jr.
Sales mgr., H. R. McDonald.
Pur. agt., Mill Power Supply Co.
Process manufacture, Lowe.
Coal carbonized, 6,840 tons.
Annual prod., coal gas, 111,211,000 cu. ft.; water gas, 24,610,000 cu. ft.
By-products made: Coke, 5,100 tons; tar, 180,000 gals.
Price of coal per ton, $8.25; coke, $6.50; oil per gal., 2c.
Calorific power, 10.
Gas holder capacity, 240,000 cu. ft.
Miles of street mains, 48.71 required, ½ in.; av., 1½ in.
High pressure mains, 8 miles; pressure, 5 lbs.
No. of services in the ground, 2,416; av. diam., 1½ in.
Max. day's send-out, 100,000 cu. ft.
Annual sales, approx. 107,831.
Gas unaccounted for, 14%.
By-products sold: Coke, 5,4011 tar, 180,000.
Pop. of the city, 23,127 (1931); dist. supplied, the same.
No. consumers, dom., 2,169.
By-products sold: Coke, 5,000.
Pop. of the city, 23,127 (1931); dist. supplied, the same.
No. ranges in use, 3,685; cookers, 909; heaters, etc., 428; auto., 2.
Supplies Greenville, S. C. W. and electricity.
Power purchased from Southern.
(No report 1926).

**ROCK HILL**

**Rock Hill Gas Co. Rock Hill.**
RR: So.

General office, 214 Oats Building, Columbia, Pa.
Capital stock, $50,000.
Bonds, $30,000; due, 1936; int., 6%.
Pres., S. J. Smith.
Sec'y and treas., Norman Bicher.
Mgr., W. O. Lloyd.
Supt. and pur. agt., H. M. Coto.
Process manufacture, Lowe.
Gas holder capacity, 10,000 cu. ft.
Max. day's send-out, 35,000 cu. ft.
Miles of mains, approx. 13.
High pressure mains, 6 miles; pressure, 5 lbs.
No. of services in the ground, 1,164; av. diam., 34 in.
Street main pressures, max., min., 3 in.
Annual sales, approx. 18,457,163.
Gas unaccounted for, 6%.
Pop. of city, 9,000; pop. of dist. supplied, 8,000.
No. motors, reg., 1,837; prepay, 194.
Price of gas: Light and fuel, net 100 cu. ft. or less, $1.65; next 500, $1.30; next 2,000, $1.35; next 5,000 cu. ft., 20c; next 10,000, $1.10; all over 18,000 cu. ft., 90c.
No. ranges in use, 593; heaters, etc.; water-heaters, 1691 auto.
No. commercial gas arc lamps in use, 7, piled, 3,000.
Supplies Rock Hill.

Continued on next page



## SOUTH CAROLINA — MANUFACTURED GAS, CITY PLANTS

**364   SOUTH CAROLINA**

### SOUTH CAROLINA—continued

**CHARLESTON.**

**COLUMBIA.**

**FLORENCE.**

**GREENVILLE.**

**GREENWOOD.**

**MANUFACTURED GAS, CITY PLANTS   SOUTH CAROLINA   365**

## 332  RHODE ISLAND–SOUTH CAROLINA    OPERATING GAS COMPANIES

Note: Warren-Bristol Div. converted to natural gas September 17, 1951. Westerly Div. converted November 12, 1931.

### PROVIDENCE

**Providence Gas Company (Natural)**
100 Weybosset St.
Advisory Cooperator, A. Livingston Kelley
Directors: DeForest W. Abel, Harris A. Clough, Maurice Crandon, R. Louis Fleisher, Everett S. Halstead, A. Livingston Kelley, Prof. C. Moran, Henry D. Sharpe, Emil R. Sweet, Dana M. Swan, William T. Browne, Jr.
Pres.: Dana M. Swan
Vice-Pres.: I. Leslie Paddock
Secy.: A. L. Knowlton
Treas.: Harry M. Swan
Asst. Secy. and asst. mgr.: I. E. Knowlton.
...

### TIVERTON

**Tiverton Gas Co. (Natural)**
Main Road.
Pres.-mgr.: Merril Hawkins.
Sec'y.: Norman F. Smith.
...

---

## SOUTH CAROLINA

### GAS COMPANIES AND MAIN OFFICE

| Company | Location |
|---|---|
| Atlanta Gas Light Co. | Atlanta, Ga. |
| Clinton-Newberry Natural Gas Authority | Newberry |
| (Greenwood) Commission of Public Works | |
| Laurens Natural Gas System | Laurens |
| Peoples Gas Co. | Florence |

### COMMUNITIES SERVED AND INDEX TO OPERATING DATA

| Community | Company |
|---|---|
| Aiken | Aiken |
| Anderson | Anderson |
| Arden | Columbia |
| Charleston | Charleston |
| Chester | Chester |
| Clinton | Clinton |
| Columbia | Columbia |
| Darlington | Darlington |

---

## OPERATING GAS COMPANIES    SOUTH CAROLINA  333

## OPERATING DATA

### AIKEN

**Aiken Gas Light Company (Natural)**
1027 Richland Ave.
Advisory services furnished by Stone and Webster Service Corp., 90 Broad St., New York, N.Y.
For officials see company's report, Atlanta, Ga.
Local mgr.: H. W. Thompson.
Altitude: 360 ft.
Calorific value: 1,000 B.t.u.
Average specific gravity: .61.
...

### ANDERSON

**Piedmont Natural Gas Co., Inc. (Natural)**
101 N. Main St.; general office, Charlotte, N.C.
For officers and directors, see company's report, Charlotte, N.C.
...

### CHARLESTON

**South Carolina Electric & Gas Co. (Natural)**
141 Meeting St.; main office, 328 Main St., Columbia, S.C.
...

### CHESTER

**Piedmont Natural Gas Co., Inc. (Natural)**
116 Main St.
General office: Charlotte, N.C.
...

### COLUMBIA

**South Carolina Electric & Gas Co. (Natural)**
Office: 328 Main St.
For executive personnel see company's report in Index and Section.
...

## 342 RHODE ISLAND–SOUTH CAROLINA

### OPERATING GAS COMPANIES

**WARREN**

Local rem., Warren and Bristol dist.; Lester Guerney and Warren Co.

Calorific value: 1,054 B.t.u.

Average specific gravity: .51

Company operates LP-Gas standby plant.

Gas holder capacity: Borwax 818,000 cu. ft.

Street mains: High pressure, 16.52 miles, 20 in Wd.; low pressure, 57.25 miles, pressure av. 6 to 9 in. w.c.

Number of services: 4,641.

Gas purchased from Algonquin Gas Transmission Co.

Annual production, standby: 278,100 cu. ft. LP-Gas.

Annual sales.: 160,772,100 cu. ft.

Sales divided: Dom., 49%; house heating, 27%; comm., 24%.

Number of consumers: Res., 6,884; other, 467.

Price of Gas: General rate 8. First 400 cu. ft. per mo. or less $1.75; next 900 cu. ft. 26.4¢ per C.; next 1,600 cu. ft. 18¢ per C. additional. Minimum monthly bill, $4.85. Effective September 27, 1952.

Residential heating and/or water heating, including other uses: First 400 cu. ft. per mo. or less $1.75; next 1,600 cu. ft. 18¢ per C.; next 2,000 cu. ft. 14¢ per C. additional. Minimum monthly bill, $4.85. Effective September 17, 1951. Westerly, November 12, 1952.

Commodities supplied and number of active retail stores in Warren and Westerly.

Number of area department employees: 38.

Population: Directory.

**PROVIDENCE**

Providence Gas Company (Natural)

100 Weybosset St., Providence, R. I.

Directors: DeForest W. Abel, Henry S. Chafee, G. Maurice Congdon, B. Leslie Fletcher, A. Livingston Kelley, Bayard Ewing, F. Brown Jr., L. E. Knowlton, Harry B. Freeman, H. Harold Williams, Ray M. Owen.

Pres.: Harry B. Freeman.

Exec. vice-pres. and gen. mgr.: L. E. Knowlton.

Treas. and sec.: Arthur E. Erickson.

Asst. treas. and sec.: G. Harvey Faulkner.

Auditor: Donald Whitcomb.

Asst. gen. supt.: Louis R. Hampton.

Supt. of customer service: George V. Justin.

Exec. asst.: Charles W. Provencher.

Electric dept.: Louis A. Peltier.

Gen. sales mgr.: Irving A. Taylor.

Mgr., indus. and comm. sales: E. Gilbert Silven.

Commercial sales mgr.: J. A. Laughlin, Jr.

Purchasing agent: George F. Smith.

Home service dir.: Kathleen Atcheson.

Calorific value: 537.

Average specific gravity: .64

Standby process: 711 gal. and propane gas.

Gas holder capacity: 16,330,000 cu. ft.

Propane storage: 150,000 gals.

Miles of mains: High pressure, 2,588; booster, 81 miles of mains.

Number of services: 71,251; av. stores, 1,475 in.

Gas purchased from Algonquin Gas Transmission Co.

## SOUTH CAROLINA

### GAS COMPANIES AND MAIN OFFICE

Atlanta Gas Light Co. ....................... Atlanta, Ga.

Clinton-Newberry Natural Gas Authority Newberry

### OPERATING GAS COMPANIES

Annual production, standby: Oil gas, 10,852,000 cu. ft.; propane gas, 1,004,000 cu. ft.

Sales divided: Res., 40%; house heating, 17%; kitchen heating, 10%; comm., including heating, 33%.

Maximum day's send-out: 14,444,000 cu. ft.

Price of Gas: General. First 100 cu. ft. per mo. or less $1.81; next 400 cu. ft. kitchen heating, $1.41; next 2,936; kitchen heating, 0,0141 comm., 1,411.

Price of Gas: General. First 100 cu. ft. per mo. $1.271; next 400 cu. ft. 37¢ per C.; next 500 cu. ft. 24¢ per C.; next 4,000 cu. ft. 22¢ per C. additional. Effective December 1955.

Residential space heating, optional. First 100 cu. ft. per mo. or less $1.81; next 400 cu. ft. 28¢ per C.; next 2,500 cu. ft. 18¢ per C.; next 15,000 cu. ft. 15¢ per C. additional. Minimum monthly bill, 60¢. Effective December 1955.

Residential space heating, optional. First 100 cu. ft. per mo. or less $1.81; next 400 cu. ft. 28¢ per C.; next 2,500 cu. ft. 18¢ per C. additional. 15¢ per C. additional. 25¢ per C. additional. Minimum monthly bill, $1.50 Effective February.

Non domestic space heating, optional. First 100 cu. ft. per mo. or less $1.81; next 400 cu. ft. 28¢ per C.; next 3,500 cu. ft. 24¢ per C. additional. 15¢ per C. additional, discount 5%.

10 days net from date, through May: 94.00 per mo. net from June through September, 10% per mo. net from June through September.

Company operates one retail store.

Commodities supplied and number of active retail stores in Providence, 2,581; East Greenwich, 641; East Providence, 8,683; Johnston, 2,101; North Kingstown, 561; North Scituate, 65; Pawtucket, 1,180; Warwick, 2,611; Smithfield, 681; Warwick, 8,288; total, 101,455.

Number of employees: 1,821.

Population: City 248,674; metro., 489,144.

**TIVERTON**

Tiverton Gas Co. (Natural)

100 Weybosset St., Providence, R. I.

Calorific value: 1,000 to 1,040 B.t.u.

Average specific gravity: .64.

Gas purchased from Algonquin Gas Transmission Co.

Mile of main: 3.

Number of services: 373.

Gas unaccounted for: 3,332,660 cu. ft.

Gas unaccounted for: 3.9%.

Number of meters: 373.

Price of Gas: General. First 100 cu. ft. per mo., $1.81; next 1,800 cu. ft. 18¢ per C.; next 5,000 cu. ft. 14¢ per C. additional; net per mo. $1.81, base to adjust to 1,040 B.t.u. Minimum monthly bill, 75¢. Effective November 30, 1955.

Supplier: Tiverton. Also serves LP-Gas beyond mains.

Number of employees: 8.

Population: Directory, 8,600. (No recent data available from company.)

### GREENWOOD

Greenwood Commissioners of Public Works Greenwood

## SOUTH CAROLINA 343

### OPERATING GAS COMPANIES

Laurens Natural Gas System ............... Laurens
People Gas Co. ..................... Florence
Piedmont Natural Gas Co., Inc. ... Charlotte, N.C.
Rock Hill Gas Co. ........................ Rock Hill

South Carolina Electric & Gas Co. ...... Columbia
South Carolina Gas Co. .................. Gaffney
South Carolina Natural Gas Co. ......... Columbia
Sumter Gas and Power Co. ............... Sumter

### COMMUNITIES SERVED AND INDEX TO OPERATING DATA

| | |
|---|---|
| Aiken | Florence |
| Anderson | Forest Acres |
| Charleston | Gaffney |
| Chester | Gray Court |
| Clinton | Greenville |
| Columbia | Greenwood |
| Darlington | Laurens |
| Eau Claire | Newberry |

| | |
|---|---|
| North Anderson | Aiken |
| North Augusta | Rock Hill |
| Rock Hill | Spartanburg |
| Spartanburg | Sumter |
| Sumter | Laurens |
| Wateville | Columbia |
| West Columbia | |

## OPERATING DATA

Annual sales: 1,810,186,000 cu. ft.

Number of consumers: 7,810.

For further details, see company's separate report.

Charlotte, N. C.

Company sells appliances.

Supplier, Augusta and North Anderson.

Population: 19,070.

**AIKEN**

Aiken Gas Light Company (Natural)

1257 Richland Ave.

Atlanta Gas Light Co., owners.

Advisory services furnished by Stens and Webster Service Corp., Charlotte, N.C.

Supplier, Atlanta Gas Light Co., owner's combined report, Atlanta, Ga.

Local mgr.: E. W. Thompson.

Calorific value: 1,043 B.t.u.

Average specific gravity: .60.

Average day's send-out: $3.06 miles; 3 in. equiv.

Number of services: 1,283.

Gas purchased: Res., 77%; comm., 23%.

Annual production: Propane-air, approx. 6,884.

Sales divided: Res., 77%; comm., 23%.

Number of consumers: Res., 1,238; com., 105.

**ANDERSON**

Number of meters: 1,369.

Price of Gas: Residential. First 200 cu. ft. per mo., $1.81; next 13 therms. 21.6¢ per cent. per mo.; next 60 therms. 18.6¢ gross, 18¢ per per mo.; net per mo., $1.50.

Supplies: Aiken and North Augusta.

Number of meters: 12,353 active.

Price of gas per cu. ft. per mo., $1.81; next 800 cu. ft. per C.; next 3,000 cu. ft. per C. additional. Effective April 13, 1954.

Supplier: Tiverton. Also serves LP-Gas beyond mains.

Number of employees: 8.

Population: 20,000 (est.).

**PIEDMONT**

Piedmont Natural Gas Co., Inc. (Natural)

105 N. Main St., general office, Charlotte, N.C.

For officials see company's combined report, Charlotte, N.C.

Mgr.: J. C. Black.

Calorific value: 1,000 B.t.u.

Average specific gravity: .60.

Gas holder capacity: 63,000 cu. ft.

Mile of mains: 9 miles; 3 in. equiv. including Gas purchased.

Gas purchased: A Pipe Line Corp.

Annual production: Propane-air, standby, 256,000 cu. ft.

### CHARLESTON

South Carolina Electric & Gas Co. (Natural)

141 Meeting St.; main office, 328 Main St., Columbia, S. C.

For executive personnel see company's report in Eddington, N. C.

Sec.: J. A. Hammond.

Supt., gas plant: J. A. Hammond.

Supt., dist.: G. C. Meeks, Columbia, S.C.

Mgr.: L. McDonald.

Calorific value: Average, 1,043 B.t.u.

Average specific gravity: .60.

Standby processes: Water gas and LP-Gas.

Gas holder capacity: Borwax, 746,000 cu. ft.

LP-Gas storage capacity: 4 tanks, 20,000 gals. each.

Street mains: High pressure, 14¼; low pressure, 96⅛ total. High pressure, 12,000 cu. ft. from wholly Gas purchased: South Carolina Natural Gas Co.

Annual production: Water gas, 14,001,050 cu. ft.

Annual production: Propane-air, standby, 4,127,000 cu. ft.

Sales divided: 414,252,000 cu. ft.; indus., 5%.

Street mains: low pressure; send-out: 4,812,000 cu. ft.

Gas unaccounted for: 104,160,700 cu. ft.

Minimum monthly bill, $1.50. Effective April 13, 1954.

Number of consumers: 10,887 com., 1,004; total, 12,138.

Number of meters: 13,351 active.

Price of gas per cu. ft. per mo., $1.81; next 800 cu. ft. $1.41 per C.; next 3,000 cu. ft. 27.9¢ per C.; next 2,000 cu. ft. 22.4¢ per C.; next 5,000 cu. ft. 18¢ per C. additional. Effective April 13, 1954.

Commercial heating (Charleston only). First 200 cu. ft. per mo., $1.81; next 800 cu. ft. 18¢ per C.; next 2,000 cu. ft. 14¢ per C.; next 5,000 cu. ft. 10¢ per C. additional. Base to 1,040 B.t.u. for heating season. Effective April 13, 1954.

All rates are net and are subject to purchased gas cost adjustment.

## 344 SOUTH CAROLINA

### OPERATING GAS COMPANIES

Supplies: Charleston also supplies territory with electricity.
Number of employees: 170, gas department.
Population: 70,000.

**Piedmont Natural Gas Co., Inc. (Propane-Air)**
116 Main St.
Hartsville, N.C.
For officials see company's combined report, Charlotte, N.C.
Supt.: W. M. Worthy.
Calorific value: 1,310 B.t.u.
Average specific gravity: 1.53.
Annual production: 53,113,000 cu. ft.
LP-Gas storage capacity: 114,000 gals.
Annual purchases: 4,400 gals. propane, converted to 1,000 B.t.u.
Annual sales: 12,887,000 cu. ft., converted to 1,000 B.t.u.
Number of consumers: 225.
Price of Gas: See company's report, Mount Airy, N.C.
Supplies: Chester.
Population: 5,938.

**South Carolina Electric & Gas Co. (Natural)**
Offices: 329 Main St.
For executive personnel see company's report in electric section.
Supt. gas dept.: I. W. Charpell.
Home service dir.: Dora Green Phillips.
Calorific value: Average, 1,043 B.t.u.
Average specific gravity: .6.
Sales: Gas purchased and used for LP-Gas.
Gas holder capacity: Low pressure, 1,065,000 cu. ft. relief, 80,000 cu. ft. high pressure, 76,000 cu. ft.
LP-Gas storage capacity: 5 tanks, 30,000 gals. each.
Mains: High pressure, 121; low pressure, 106; total, 230.
Gas purchased: 851,888,000 cu. ft. from wholly owned subsidiary South Carolina Natural Gas Co.
Annual sales: 687,628,000 cu. ft.
Industrial sales, 606; com., 20½%; Indus., 10½%; electricity, 2½%.
Maximum day's send-out: 5,480,000 cu. ft.
Gas unaccounted for: 141,214,000 cu. ft., 16½% of purchase.
Indus., 41 total, 19,314.
Number of meters: 18,235 active.
Price of Gas: Company serves LP-Gas service, see general service and residential service throughout Charleston.
Company does not sell appliances.
Supplies: Columbia, Eau Claire, Forest Acres and West Columbia; also supplies territory with electricity.
Number of employees: 100, gas department.
Population: District, 100,000.

**South Carolina Natural Gas Co. (Transmission)**
Wholly-owned subsidiary of South Carolina Electric & Gas Co., 329 Main St., Columbia, S.C.
Directors: J. L. Costello, Eustis, Hutt, F. A.
Pres. & treas.: G. M. McMakin, C. M. Dyce, M. S.
Petit, D. T. Coleman.
Pres.: S. O. McMeekin.
Controller: W. J. Ready.
Vice-pres., operations: F. R. McMeekin.
Vice-pres.: H. A. Petit, E. J. Leier.
Vice-pres. and secretary: D. T. Coleman.

---

### OPERATING GAS COMPANIES

**CHESTER**

**Piedmont Natural Gas Co., Inc. (Propane-Air)**
Treas.: G. M. Dyce.
Controller: W. J. Ready, F. R. Pierce.
Sec. and asst. treas.: D. T. Coleman.
Asst. sec. and asst. treas.: E. H. Zeigler.
Charlotte, N.C.
Mgr.: W. M. Davis.
Calorific value: 1,000 B.t.u.
Average specific gravity: .60.
Company has no LP-Gas operations.
Gas holder capacity: Average, 313,000 cu. ft. total, 40,000 cu. ft.
Mains of main: 224.1 miles, 3 in. equiv. including 23.3 miles 2 in. mains, transmission mains.
Gas purchased: 182,779,000 cu. ft.
Annual sales: 134,079,000 cu. ft.
Number of consumers: 4,470, including one which represents 85 units of public housing authority.
Price of Gas: See company's separate report.
Company sells appliances.
Supplies: Greenville.
Population: 143,480.

**GREENWOOD**

**Commissioners of Public Works (Natural)**
P.O. Box 591.
Chm. comm.: Chm., M. M. Wells; Dr. W. P. Turner, T. B. Pinson.
Mgr. and supt.: William R. Wise.
Calorific value: 1,000 B.t.u.
Average specific gravity: .6.
Street mains: 48 miles.
Gas purchased from Transcontinental Gas Pipe Line.
Gas sold: 100,000 cu. ft. per day (est.).
Number of consumers: Res., 730; com., 445.
Price of Gas: Residential rate G-3. First 300 cu. ft. or less per mo., $1.35; next 2,700 cu. ft., per add'l 100 cu. ft., $1.10; next 3,000 cu. ft., per add'l 100 cu. ft., $1.05.
Effective 1955.
Industrial and residential rate G-C. First 200 cu. ft. or less per mo., $1.90; next 4,800 cu. ft., per 100 cu. ft., $.90; next 200,000 cu. ft., per add'l 100 cu. ft., $.64; next 300,000 cu. ft., per add'l 100 cu. ft., $.52; next 500,000 cu. ft. per add'l.
City does not sell appliances.
Number of employees: 7.
Population: City and district, 15,000.
Changed from manufactured gas to natural gas during 1955.

**LAURENS**

**Laurens Natural Gas System (Natural)**
Municipal system.
Commissioners: Chm., M. L. Smith; D. D. Harris and A. W. Wilder.
Supt.: C. P. Townsend.
Altitude: 500 ft.
Calorific value: 1,050 B.t.u.
Average specific gravity: .6.
System has no LP-Gas operations.
Mains of mains: 181 pressure trans., 125 lbs. pds.; distr., 18 lbs. pds.
Number of services: 1,930.
Gas purchased from Transcontinental Gas Pipe Line Corp.
Annual sales: 400,000,000 cu. ft.

---

**DARLINGTON**

**Peoples Gas Co. (Propane)**
Subsidiary of Consolidated Utilities Corp., Florence, S.C.
For officers see company's report for Florence, S.C.
Supplies: Darlington.
(No recent data available from company.)

**FLORENCE**

**Peoples Gas Co. (Propane-Air)**
204 W. Evans St., Florence, S.C.
Subsidiary of Consolidated Utilities Corp., Florence, S.C.
Pres.: M. D. Lucas.
Gen. mgr.: M. D. Lucas, Jr.
Supplies: Florence.
(No recent data available from company.)

**GAFFNEY**

**South Carolina Gas Co. (Natural)**
Subsidiary of and controlled by United Cities Utilities Co., 538 Merchandise Mart, Chicago 54, Ill.
Pres.: Arthur K. Loe, Chicago.
Vice-pres., treas. and controller: A. J. Ray, Chicago.
Vice-pres. and asst. secretary: R. A. Ray, Chicago.
Vice-pres. and controller: L. R. Wheeler, Chicago.
Asst. secretary: F. H. Edward.
Local mgr.: R. B. Webb.
Calorific value: 1,000 B.t.u.
Average specific gravity: .61.
Street mains: 33.2 miles, pressure 5 to 10 psia.
Gas purchased from Transcontinental Gas Pipe Line Corp.
Annual sales: 2,070,001 therms.
Number of consumers: Res., 531; com., 621; indus., 4.
Price of Gas: Residential rate, net per therm, 14½ gross, 15½c. Net commercial, 12½c gross, 13½c per therm; net industrial, per therm, 9.5c.
Number of employees: 9.
Population: 8,635.
Changed from manufactured gas to natural gas during 1955.

---

## SOUTH CAROLINA 345

Sales dividend: Res., 9½% ; com., 9½% indus., 0%.
Number of consumers: Res., 611; com., 51; indus., 3; heating, 275.
Price of Gas: Residential service. First 600 cu. ft. or less per mo., $1.60; next 1,500 cu. ft., $1.20 per M ; next 9,000 cu. ft., $1.10 per M ; next 4,000 cu. ft., .95c per M ; add'l., 90c per M.
Penalty, 10%, 10th of month. Minimum monthly bill, $1.60. Effective May 1.
96c per M ; next 10,000 cu. ft., 96c per M ; next 25,000 cu. ft., 95c per M ; add'l., 76c per M.
Penalty, 10%, 10th of month. Minimum monthly bill, $12.00. Effective May 1, 1955.
Company sells appliances.
Supplies: Newberry, Prosperity, Pomaria, Waterville.
Population: 13,000.

**NEWBERRY**

**Clinton-Newberry Natural Gas Authority (Natural)**
Municipal utility.
Vice-chm.: Walter Bearney.
Sec.-treas.: Harry C. Layton.
Supt.: H. M. Holloway, James F. Shaw.
C. A. Dufford, Ernest R. Layton.
Office mgr.: Clinton, Wyman Shealy; Newberry, Charles H. Ford.
Altitude: 430 ft.
Calorific value: 1,000 B.t.u.
Average specific gravity: .6.
Utility has no LP-Gas operations.
Mains of mains: 60 approximately; pressure 8 lbs.
Number of services: 4,600.
Gas purchased from Transcontinental Gas Pipe Line Corp.

**ROCK HILL**

**Rock Hill Gas Co. (Propane-Air)**
121 Hampton St.
Subsidiary of Pennsylvania & Southern Gas Co.
Div. of Lone Star Gas Co., Southern Section.
Gen. Mgr.: Tennessee, Pa., in Holding Section.
Local mgr.: Norman J. Bolik.
Calorific value: 1,050 B.t.u.
Average specific gravity: 1.53.
Gas holder capacity: Storage, 20,000 cu. ft.
LP-Gas storage capacity: Newberry, 18,000.
Number of services: 1959.
Gas purchased from Transcontinental Gas Pipe Line Corp.
Annual production: 43,447,500 cu. ft.
Number of consumers and meters: Res., 879; com., 51 ; industrial, 611; in-dus., 9; heating.
Price of Gas: General service. First 16.9 decatherms or less per mo., $1.65 gross, $1.80 net per dth. ; next 235 decatherms, $.8544 net per dth. ; next 255 dec-atherms, 4.8854 gross, 2.7876 net per dth. ; next 169 decatherms, 2.7876 gross, 2.4322 net per dth. ; next 255 dec-atherms, 2.3354 gross, 2.4542 net per dth. ; next 245 dec-atherms, 4.0124 gross, 2.290 net per dth. ; next 259 decatherms, 2.1046 gross, 1.9894 net per dth. ; add'l. 2.230 decatherms, 1.9894 gross, 1.8354 net per dth. ; additional, 1.609 gross, 1.609 net per dth.
Gas Discount, difference between gross and net per dth.



