**SCE&G v. UGI Utilities, Inc.,
Civil Action No. 2:06-cv-02627-CWH
Plaintiff's Exhibit List**

| Exh. No | Description |
|---|---|
| 1 | Omitted |
| 2 | South Carolina Electric and Gas Company, by Nell C. Pogue (1964) |
| 3 | "A Century of Public Service" South Carolina Power |
| 4 | Record of Decision for Operable Unit # 1, 1998 |
| 5 | Record of Decision for Operable Unit #2, 2002 |
| 6 | Explanation of Significant Difference, 2005 |
| 7 | Interim Remedial Action Report, 2006 |
| 8 | Letter to Thomas Effinger, from Kenneth Lucas, EPA dated October 19, 2006 re: Approval of IRAR |
| 9 | 1993 Administrative Order By Consent for Remedial Investigation Feasibility Study |
| 10 | US Army Corps of Engineers' 5 Year Review and EPA's comments thereto, March 2008 |
| 11 | Environmental Agreement between the City of Charleston and SCE&G, Sept. 20, 1996 |
| 12 | Draft Development Agreement Between the City of Charleston and SCE&G |
| 13 | 1996 Amended Ordinance |
| 14 | Payment and Transfer Agreement by and Between the City of Charleston and SCE&G, August 22, 1996 |
| 15 | Draft Operable Unit 1: Shallow Groundwater Monitoring Results, Dec. 2008 |
| 16 | Draft Technical Memorandum, Assessment of Vapor Intrusion, October, 2008 |
| 17 | Draft Operable Unit 2: Intermediate Groundwater Monitoring Results, November 2008 |
| 18 | Draft Thirteenth DNAPL Removal Report, November 2008 |
| 19 | 1998 EPA Fact Sheet |
| 20 | Tenth DNAPL Removal Report |
| 21 | Land Use History in the Calhoun Park Area |
| 22 | Administrative Order on Consent for Removal Action- 1998 |
| 23 | Unilateral Administrative Order For Remedial Design and Remedial Action- 1999 (OU1) |
| 24 | Unilateral Administrative Order For Remedial Design and Remedial Action- 2003 (OU2) |
| 25 | Fluor Daniel GTI Draft Final Remedial Investigation Report Volume 1, September 1992 |
| 26 | MTR Figure, 2001 |
| 27 | MTR Figure, 2002 |
| 28 | Baseline Risk Assessment, Calhoun Park Area Site, Report to EPA |
| 29 | OSWER Directive No. 9203-1.03A, Exercising Flexibility Through the Superfund Accelerated Cleanup Model |
| 30 | Omitted |

| | |
|---|---|
| 31 | Omitted |
| 32 | Omitted |
| 33 | Effinger PUC Testimony 1996 |
| 34 | Charleston Demonstration of Costs Schedules |
| 35 | Photos of Response Action Work at Site |
| 36 | Curriculum Vitae of Neil S. Shifrin, Ph.D. |
| 37 | Omitted |
| 38 | Article from The American Gas Engineering Journal dated October 13, 1917, p. 343. (George Waring) |
| 39 | Article from The American Gas Engineering Journal dated March 29, 1919, p. 281. (UGI to Engage in General Contracting and Road Building) |
| 40 | Omitted |
| 41 | Omitted |
| 42 | Omitted |
| 43 | Omitted |
| 44 | Annual Report of CCR&L to the ICC (1911) |
| 45 | Lease- June 21, 1910 |
| 46 | Dolan Letter- May, 1903 |
| 47 | Omitted |
| 48 | Omitted |
| 49 | UGI Engineering & Operating Notes Various Excerpts – Hard copy and disc of exhibit |
| 50 | Omitted |
| 51 | Gas Sales Division Ledger |
| 52 | Forty-Five Years of Public Service |
| 53 | Omitted |

| 54 | Omitted |
|---|---|
| 55 | Omitted |
| 56 | Newspaper article, August 1910 Much Better Gas for Charleston |
| 57 | Newspaper article, September 1910 New Gas Plant Is Being Built |
| 58 | Newspaper article, November 1910 Progress of New Gas Plant |
| 59 | Newspaper article, September 1910 Gas Plant Going Up |
| 60 | Newspaper article, September 1910 Consolidated Will Erect Big Gas Plant on Waterfront; Gas Plant Improvements; To Build Power Plant at Once |
| 61 | Newspaper article (1922) Gas Plant Is To Be Improved |
| 62 | CCR&L Journal February 1915 (UGI visits to Charleston) |
| 63 | Inventory of CCR&L (1910) |
| 64 | Concord Gas Plant Inspection Report, April, 1940 |
| 65 | Concord Gas Plant Inspection Report, September, 1931 |
| 66 | Concord Gas Plant Inspection Report, November, 1934 |
| 67 | Meriden Works Inspection Report, January 1927 |
| 68 | Norwalk Works Inspection Report, April 14, 1927 |
| 69 | Omitted |
| 70 | American Gas Light Journal- August 8, 1910 (UGI secured control of Charleston) |
| 71 | FTC Memorandum for the Chief Counsel |
| 72 | Organizational Chart for Charleston (Executive Minutes- April 11, 1910) |

| | |
|---|---|
| 73 | Modification of Organizational Chart for Charleston (Executive Minutes- October 17, 1910) |
| 74A | Shifrin MGP Experience |
| 74B | Shifrin MGP Testimony |
| 75 | Gas Manufacturing Demonstrative (Shifrin) |
| 76 | Environmental Demonstrative (Shifrin) |
| 77 | Omitted |
| 78 | UGI Control Demonstrative (Shifrin) |
| 79 | Production Demonstrative (Shifrin) |
| 80 | Site Contamination Demonstrative (Shifrin) |
| 81 | NCP Demonstrative (Shifrin) |
| 82 | Remedial Responses Demonstrative (Shifrin) |
| 83 | Omitted |
| 84 | UGI Circle- July, 1927 "UGI-Management: What is it and How does it Function?" |
| 85 | UGI Circle- July, 1922 "A Brief History of the Gas Industry and Our Company's Part in It." |
| 86 | UGI Circle- April, 1935 The Case for Defense |
| 87 | SCP, Charleston, SC- Map of Gas Works 1941 |
| 88 | Werba Inspection, 1929 |
| 89 | Werba Preliminary Report, South Carolina Public Service Co., Charleston, SC, June 15, 1929 |
| 90 | USGS- A Deep Well at Charleston, SC |

| | |
|---|---|
| 91 | UGI Circle- July, 1923 "New Steam Line to Charleston Gas Works" |
| 92 | UGI Circle- December, 1924 "Charleston the Beautiful and Historic" |
| 93 | Gradient- Table 7.1- CPA Superfund Site Investigation Timeline |
| 94 | Gradient- Table 7.2- Overview of Environmental Actions |
| 95 | Gradient- Figure 4- NAPL Locations and Thickness in Wells |
| 96 | Gradient- Appendix C- Groundwater Concentration Contours |
| 97 | Gradient- Figure 2- Plant Layout Through UGI Control Period |
| 98 | Gradient- Figure 3- UGI Control of MGP Equipment |
| 99 | Gradient- Table 8.1- Ex. Charleston MGP Personnel |
| 100 | Gradient-Table 8.2- Equipment Installation and Modification- During UGI Tenure |
| 101 | Gradient-Table 8.3- Annual Authorizations for CCR&L's Capital Improvements and Equipment Repairs |
| 102 | Gradient - Table 8.4- Examples of CCR&L and UGI Authorizations for Gas Production Feed Stock Purchases |
| 103 | Gradient- Figure 6- NAPL Areas and Former UGI Equipment |
| 104 | Gradient- Figure 7- NAPL In Relation to Former UGI Equipment Cross Section A-A' |
| 105 | Gradient-Figure 8- NAPL in Relation to Former UGI Equipment Cross Section B-B' |
| 106 | Gradient-Figure 9- NAPL in Relation to Former UGI Equipment Cross Section C-C' |
| 107 | Gradient- Figure 10- Remedies |
| 108 | Gradient- Figure 11- Fingerprinting Results |
| 109 | CCR&L Directors' Minutes- September 29, 1910 (gas department expenditures) |

| | |
|---|---|
| 110 | CCR&L Directors' Minutes- March 20, 1912 (gas department expenditures) |
| 111 | CCR&L Directors' Minutes- July 5, 1916 (gas department expenditures) |
| 112 | CCR&L Directors' Minutes- November 6, 1918 (gas department expenditures) |
| 113 | Ledger (Tar Emulsion Dehydrator) |
| 114 | CCR&L Directors' Minutes- October 5, 1921 (gas department expenditures) |
| 115 | CCR&L Directors' Minutes- March 22, 1922 (Cooper) |
| 116 | CCR&L Directors' Minutes- May 20, 1925 (gas department expenditures) |
| 117 | CCR&L Directors' Minutes- October 20, 1926 (gas department expenditures; extension for franchise) |
| 118 | Adjourned Meeting- Stockholders and Subscribers to Capital Stock - June 20, 1910 (corporate structure) |
| 119 | Abstract of CCR&L Minutes (officers) |
| 120 | Abstract of CCR&L Minutes (directors) |
| 121 | CCR&L Directors' Minutes- July 8, 1914 (gas department expenditures) |
| 122 | CCR&L Directors' Minutes-October 9, 1913 (inspection) |
| 123 | CCR&L Directors' Minutes- November 3, 1915 (inspection) |
| 124 | CCR&L Directors' Minutes- May 2, 1917 (gas department expenditures) |
| 125 | CCR&L Directors' Minutes- October 3, 1917 (gas department expenditures) |
| 126 | CCR&L Directors' Minutes-April 30, 1918 (gas department expenditures) |
| 127 | CCR&L Directors' Minutes-February 18, 1918 (equipment) |
| 128 | CCR&L Directors' Minutes- March 19, 1919 (Gadsden) |

| 129 | CCR&L Directors' Minutes- March 23, 1921 (inventory/valuation) |
| --- | --- |
| 130 | CCR&L Directors' Minutes- April 6, 1921 (inventory/valuation) |
| 131 | CCR&L Journal Entry - June 1912 (equipment/repairs) |
| 132 | CCR&L Journal Entry - July 1912 (tar residuals) |
| 133 | CCR&L Journal Entry - August 1912 (equipment/repairs) |
| 134 | CCR&L Journal Entry - September 1912 (tar/equipment) |
| 135 | CCR&L Journal Entry - October 1912 (equipment) |
| 136 | CCR&L Journal Entry - November 1912 (equipment repairs) |
| 137 | CCR&L Journal Entry - December 1912 (tar/equipment) |
| 138 | Journal Entry- September, 1914 (inspections) |
| 139 | Journal Entry- October, 1914 (inspections) |
| 140 | Journal Entry- November, 1914 (inspections) |
| 141 | Journal Entry- December, 1914 (inspections) |
| 142 | Journal Entry- February, 1914 (valuations) |
| 143 | Journal Entry- June, 1914 (valuations) |
| 144 | Journal Entry- March, 1914 (valuations/inspections) |
| 145 | Journal Entry- August, 1914 (operations) |
| 146 | Journal Entry- October, 1914 (operations) |
| 147 | Journal Entry- March, 1918 (inspections) |

| | |
|---|---|
| 148 | UGI-Circle- April, 1921 (inspections) |
| 149 | UGI-Circle- April, 1922 (inspections) |
| 150 | UGI-Circle- November, 1926 (inspections) |
| 151 | UGI-Circle- March, 1926 (Chrisman Cycle) |
| 152 | UGI Executive Minutes- August 9, 1910 (repairs) |
| 153 | UGI Executive Minutes - July 12, 1910 (CCR&L stock) |
| 154 | UGI Executive Minutes- February 10, 1913 (repairs) |
| 155 | UGI Executive Minutes-January 20, 1913 (contracts) |
| 156 | Executive Committee Meeting Minutes- February 20, 1911 (Eng. & Op. Notes) |
| 157 | Examples of UGI's Control Over Equipment Design and Installation – Source Materials |
| 158 | Examples of UGI's Control of Waste Handling – Source Materials |
| 159 | Examples of UGI's Control of Inspections – Source Materials |
| 160 | Examples of UGI's Control of Personnel Matters – Source Materials |
| 161 | Examples of UGI's Control of Purchasing of Raw Materials – Source Materials |
| 162 | Examples of UGI's Control of CCR&L Contracts – Source Materials |
| 163 | Examples of UGI's Control of CCR&L Personnel's Attendance at Professional Conferences – Source Materials |
| 164 | Brown's Directory Charleston Excerpts |
| 165 | Sanborn Map 1884 |
| 166 | Sanborn Map 1888 |

| 167 | Sanborn Map 1902 |
|---|---|
| 168 | Sanborn Map 1944 (2) |
| 169 | Sanborn Map 1951 (2) |
| 170 | Sanborn Map 1955 (2) |
| 171 | Sanborn Map 1967 (2) |
| 172 | Sanborn Map 1973 (2) |
| 173 | META Fingerprinting Reports |
| 174 | UGI Management Committee Minutes October 13, 1927 (Thompson Speech) |
| 175 | Curriculum Vitae of Thomas Blake, CPA, ASA |
| 176 | CCR&L Sundry Small Donations Form |
| 177 | CCR&L Sundry Small Donations Form |
| 178 | CCR&L Monthly Report for November 1916 |
| 179 | Blake Affidavit from *EnergyNorth Natural Gas v. UGI Utilities, Inc.* (Manchester case) |
| 180 | Production Cost Demonstrative for 1915 (Blake) |
| 181 | Production Cost Demonstrative for 1916 (Blake) |
| 182 | July 18, 1916 – UGI's Companies |
| 183 | UGI Executive Committee Minutes, October 2, 1910 (CCR&L Financing) |
| 184 | UGI Executive Committee Minutes, October 17, 1911 (UGI Purchase of CCR&L Stock) |
| 185 | UGI Executive Committee Minutes, April 22, 1912 (UGI Purchase of Bonds from PGL) |

| 186 | Excerpt of PGL Minutes, Mar 7, 1911 (Purchase of CCR&L Securities) |
|---|---|
| 187 | Excerpt from PGL Minutes, undated (Reserve Fund) |
| 188 | UGI Executive Committee Minutes. February 6, 1911 (sale of South Bend bonds to PGL) |
| 189 | Excerpt from PGL Minutes, May 7, 1912 (South Bend Bonds/Reserve Fund) |
| 190 | Abstract of PGL Stockholders' and Directors' Minutes, Vol. 1, August 2, 1909-January 17, 1911 (South Bend Bonds/Reserve Fund) |
| 191 | PGL Balance Sheet Noting Reserve Fund Payments |
| 192 | Table Reflecting PGL Investment in CCR&L Stock |
| 193 | Amoskeag National Bank Bonds Relating to UGI's Charleston/Manchester Stock Transfer |
| 194 | The UGI Corporation: The First Hundred Years |
| 195 | The First Hundred Years (The movie) |
| 196 | 1896 Daily Philadelphia Stockholder |
| 197 | 1894 Daily Philadelphia Stockholder |
| 198 | "The Company and Its History," UGI, 1882-1941 |
| 199 | UGI: Data relative to certain former subsidiaries and other companies |
| 200 | Omitted |
| 201 | Letter to Lillie from Gadsden dated August 10, 1922 re: Passailaigue |
| 202 | Letter to Hagood from Gadsden dated August 11, 1922 re: Passailaigue |
| 203 | August, 1922- Letter to Passailaigue |
| 204 | Examples of UGI Control of CCR&L Board Action – Source Materials |

| | |
|---|---|
| 205 | Examples of UGI's Control of Committees – Source Materials |
| 206 | Examples of UGI's Control of Policies and Procedures – Source Materials |
| 207 | Examples of UGI's Control of Board of Directors – Source Materials |
| 208 | Examples of UGI's Control of General Financing – Source Materials |
| 209 | Examples of UGI's Control of Budgeting – Source Materials |
| 210 | Examples of UGI's Control of CCR&L's Donations/ Small Sundry Donations – Source Materials |
| 211 | Examples of UGI's Control of Expenditures – Source Materials |
| 212 | Examples of UGI's Control of Audits of CCR&L – Source Materials |
| 213 | Examples of UGI's Control of CCR&L Decisions Regarding Stocks and Bonds – Source Materials |
| 214 | Thomas Blake Examples of Travel Between Charleston and Philadelphia cited in Expert Report, Supplemental Report and Support Notebook – Source Materials |
| 215 | Thomas Blake Examples of UGI Inspections of CCR&L Gas Apparatus cited in Expert Report, Supplemental Report and Support Notebook – Source Materials |
| 216 | Thomas Blake Examples of UGI Examination of CCR&L Coke, Coal, Etc. cited in Expert Report, Supplemental Report and Support Notebook – Source Materials |
| 217 | Thomas Blake Examples of UGI Construction Work for CCR&L cited in Expert Report, Supplemental Report and Support Notebook – Source Materials |
| 218 | Thomas Blake Miscellaneous Examples of UGI Control of CCR&L cited in Expert Report, Supplemental Report and Support Notebook – Source Materials |
| 219 | Thomas Blake Examples of UGI approvals of CCR&L Coal, Coke and Gas Oil Contracts cited in Expert Report, Supplemental Report and Support Notebook – Source Materials |
| 220 | Thomas Blake Examples of UGI Approvals of CCR&L Employees, Wages and Salaries cited in Expert Report, Supplemental Report and Support Notebook – Source Materials |
| 221 | Thomas Blake Examples of UGI Approvals of CCR&L Operations cited in Expert Report, Supplemental Report and Support Notebook – Source Materials |
| 222 | Thomas Blake Examples of UGI Approvals of CCR&L Attendances, Dues and Membership Fees cited in Expert Report, Supplemental Report and Support Notebook – Source Materials Notebook |
| 223 | Thomas Blake Examples of UGI approval of CCR&L Donations cited in Expert Report, Supplemental Report and Support Notebook – Source Materials |

| | |
|---|---|
| 224 | Thomas Blake Examples of UGI approval of miscellaneous CCR&L activities cited in Expert Report, Supplemental Report and Support Notebook – Source Materials |
| 225 | Thomas Blake Examples of UGI Actions at Various MGP sites |
| 226 | Omitted |
| 227 | UGI 1910 Shareholder Report |
| 228 | In The Matter of Manchester Gas Company, 7 SEC 57, 1940 SEC LEXIS 563 (April 14, 1940) |
| 229 | FTC Report by E.T. Harris on Examination of the United Gas Improvement Company |
| 230 | UGI Executive Committee Minutes July 13, 1904 (Philadelphia Stockholder Subscription) |
| 231 | UGI Executive Committee Minutes November 20, 1904 (Philadelphia Stockholder) |
| 232 | UGI Directors Minutes August 9, 1916 (Bodine Letter) |
| 233 | 1928 Thompson Speech |
| 234 | Curriculum Vitae of Jonathan Macey, J.D. |
| 235 | Omitted |
| 236 | UGI Executive Committee Minutes April 5, 1905 (Vicksburg Horse) |
| 237 | Omitted |
| 238 | Dolan Letter to Shareholders May 2, 1898 |
| 239 | Omitted |
| 240 | Omitted |
| 241 | Additional Support for Trial Exhibit 181 (Production Cost Demonstrative for 1916) |
| 242 | SCE&G Accounting records supporting response costs claim |
| 243 | Response Costs Summary |
| 244 | CCR&L Financial Report – 12/31/1922 |
| 245 | Invoice Summary |
| 246 | UGI Minutes "Recommend" and "Authorize" |

| 247 | List of sites covered by SCE&G global insurance settlements |